# United States Bankruptcy Court

## District Of <u>Delaware</u>

In re  <u>Vectrix Corp.,</u>

             Debtor

Case No. <u>09-13347</u>

Chapter <u>11</u>

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $ | | |
| B - Personal Property | Yes | 27 | $ 29,355,050.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 91,379.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $ 1,514,773.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 57 | | $ 26,040,630.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 21 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 115 | $ 29,355,050.00 | $ 27,646,783.45 | |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,                                          Case No. 09-13347
            **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under " Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None. | | | | |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp., _____     Case No. 09-13347 _____
                 **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | See Schedule B-2 following Schedule B | | 1,604,595.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others | | See Schedule B-3 following Schedule B | | 173,489.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6. Wearing apparel | X | | | |
| 7. Furs and jewelry | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | | See Schedule B-9 following Schedule B | | 97,650.00 |
| 10. Annuities. Itemize and name each issuer | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s) 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp., _____    Case No. 09-13347 _____
        **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Give particulars | X | | | |
| 13 Stock and interests in incorporated and unincorporated businesses Itemize | | See Schedule B-13 following Schedule B | | Undetermined |
| 14 Interests in partnerships or joint ventures Itemize | X | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 16 Accounts receivable | | See Schedule B-16 following Schedule B | | 22,791,440 00 |
| 17 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars | X | | | |
| 18 Other liquidated debts owed to debtor including tax refunds Give particulars | | Overpayment of payroll taxes | | 45,000.00 |
| 19 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | | |
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,             Case No. 09-13347
        **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22  Patents, copyrights, and other intellectual property  Give particulars | | See Schedule B-22 following Schedule B | | Undetermined |
| 23  Licenses, franchises, and other general intangibles  Give particulars | | Milestone deposit for VX-2 introduction/ production | | 1,138,750.00 |
| 24  Customer lists or other compilations containing personally identifiable information (as defined in 11 U S C § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes | | | | |
| 25  Automobiles. trucks. trailers, and other vehicles and accessories | | See Schedule B-25 following Schedule B | | 300,000.00 |
| 26  Boats. motors, and accessories | X | | | |
| 27  Aircraft and accessories | X | | | |
| 28  Office equipment, furnishings, and supplies | | See Schedule B-28 following Schedule B | | 729,838 00 |
| 29  Machinery, fixtures, equipment, and supplies used in business | | See Schedule B-29 following Schedule B | | 581,588 00 |
| 30  Inventory | | See Schedule B-30 following Schedule B | | 1,892,700 00 |
| 31  Animals | X | | | |
| 32  Crops - growing or harvested Give particulars | X | | | |
| 33  Farming equipment and implements | X | | | |
| 34  Farm supplies. chemicals, and feed | X | | | |
| 35  Other personal property of any kind not already listed  Itemize | X | | | |

            24     continuation sheets attached    Total ➤    $         29,355,050.00

(Include amounts from any continuation
sheets attached  Report total also on
Summary of Schedules )

American LegalNet, Inc.
www.FormsWorkflow.com

**Schedule B-2**
**Checking, savings or other financial accounts.**

| **Bank Name** | **Address** | **Account Description** | **Balance as of 7/29/09** |
|---|---|---|---|
| Bank of America | 100 Federal Street 12th Floor Boston, MA 02110 | Restricted cash serving as collateral for Line of Credit | 1,600,000.00 |
| Bank of America | P. O. Box 25118 Tampa, FL 33622 | Cash account | 3,918.00 |
| HSBC Bank Polska S.A. | Ul. Pilsudskiego 2 Warszawa 00-073 Poland | Cash account | 677.00 |
| | | | |
| **TOTAL** | | | **1,604,595.00** |

**Schedule B-3**
**Security deposits with public utilities, telephone companies, landlords, and others.**

| Payee Name | Address | Description of Deposit/Payee | Net Book Value |
|---|---|---|---|
| Highland Samuel Barnett Assoc. LP c/o First Highland Management & Development | Boston Dedham Commerce Park 65 Sprague St., West B Boston, MA 0213 | Supplemental security deposit Lease of nonresidential real property in New Bedford, MA | 140,367.00 |
| National Grid | P.O. Box 1049 Woburn, MA 01807-0049 | Electricity provider Middletown, RI | 552.00 |
| NSTAR | P.O. Box 4508 Woburn, MA 01888-4508 | Gas provider Middletown, RI | 1,400.00 |
| NSTAR | P.O. Box 4508 Woburn, MA 01888-4508 | Electricity provider New Bedford, MA | 5,000.00 |
| Universal Service Agency Inc. | 501 Officer Center Drive Suite 128 Fort Washington, PA 19034 | Deposit for bond to allow Debtor to do business in the state of Maryland | 25,000.00 |
| Voice Systems | 607 Neponset Street Canton, MA 02021 | Deposit for teleconferencing | 1,170.00 |
| | | | |
| **TOTAL** | | | **173,489.00** |

**Schedule B-9**
**Interests in insurance policies.**

| Insurance Company Name | Address | Description of Policy | Surrender/Refund Value |
|---|---|---|---|
| AIU | National Union Fire Insurance Company of Pittsburgh, PA 70 Pine Street New York, NY 10270 | D&O | 92,500.00 |
| AIU | National Union Fire Insurance Company of Pittsburgh, PA 70 Pine Street New York, NY 10270 | Employment Practices | 4,400.00 |
| AIU | National Union Fire Insurance Company of Pittsburgh, PA 70 Pine Street New York, NY 10270 | Fiduciary Liability | 750.00 |
| | | | |
| **TOTAL** | | | **97,650.00** |

**Schedule B-13**
**Stock and interests in incorporated and unincorporated businesses.**

**Direct stock ownership.**

| Name and Address | Percentage Interest | Value |
|---|---|---|
| Vectrix Europe Limited<br>41 Central Chambers<br>Dame Street<br>Dublin 2<br>Ireland | 100% | Undetermined |
| EVB Vectrix (Hong Kong) Limited | 49% | Undetermined |
| | | |
| **TOTAL** | | **Undetermined** |

**Schedule B-13**
**Stock and interests in incorporated and unincorporated businesses.**

**Indirect Subsidiaries.**

| Name and Address | Parent Company | Percentage Interest | Value |
|---|---|---|---|
| Vectrix Europe Ltd. f/k/a Vectrix (UK) Limited; f/k/a Pointwest Limited Unit 2 Hazeley Enterprise Park Twyford, Hampshire S021 1QA United Kingdom | Vectrix Europe Limited | 100% | Undetermined |
| Vectrix Europe S.r.l Via Tolfa 11 Rome 00178 Italy | Vectrix Europe Limited | 100% | Undetermined |
| Vectrix Roma S.r.l Via Tolfa 11 Rome 00178 Italy | Vectrix Europe S.r.l | 100% | Undetermined |
| Vectrix Sp.z o.o. ul. Magazynowa 7D Bielany Wrocławskie 55-040 Poland | Vectrix Europe Limited | 99% | Undetermined |
| | Vectrix Europe S.r.l | 1% | |
| | | | |
| **TOTAL** | | | **Undetermined** |

**Schedule B-16**
**Accounts Receivable.**

| Name and Address | Description | Days Outstanding | Value |
|---|---|---|---|
| Vectrix Europe Ltd. Unit 2 Hazeley Enterprise Park Twyford, Hampshire S021 1QA United Kingdom | Intercompany Trade Account Receivable | 120+ | 2,858,427.00 |
| | Intercompany Loan Receivable | 120+ | 1,291,376.00 |
| Vectrix Sp. z.o.o. ul. Magazynowa 7D Bielany Wrocławskie 55-040 Poland | Intercompany Trade Account Receivable | 120+ | 2,597,555.00 |
| | Intercompany Loan Receivable | 120+ | 16,044,082.00 |
| | | | |
| **TOTAL** | | | **22,791,440.00** |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Trademarks.**

| Trademark | Jurisdiction | Registration No./ Application No. | Status | Net Book Value |
|---|---|---|---|---|
| COOL PEOPLE RIDE ELECTRIC | Albania | 11511 | Registered | Undetermined |
| | Australia | 1164324 | Registered | Undetermined |
| | Australia | 1168998 | Registered | Undetermined |
| | European Union | 5444591 | Registered | Undetermined |
| | New Zealand | 775468 | Registered | Undetermined |
| | Singapore | T0706870E | Registered | Undetermined |
| DAaRT (Stylized) | European Union | 4366332 | Registered | Undetermined |
| | Italy | MI2004C009831 | Pending | Undetermined |
| FROG (AND DESIGN) | Italy | 1044777 | Registered | Undetermined |
| GREEN GO! (Stylized) | Argentina | 2088221 | Registered | Undetermined |
| | Bermuda | 41613 | Registered | Undetermined |
| | Chile | 729620 | Registered | Undetermined |
| | China | 4342758 | Registered | Undetermined |
| | European Union | 41022323 | Registered | Undetermined |
| | Hong Kong | 300308655 | Registered | Undetermined |
| | India | 1318172 | Registered | Undetermined |
| | Indonesia | IDM000093684 | Registered | Undetermined |
| | Japan | 4857187 | Registered | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Trademarks.**

| Trademark | Jurisdiction | Registration No./ Application No. | Status | Net Book Value |
|---|---|---|---|---|
| GREEN GO! (Stylized) | Mexico | 873118 | Registered | Undetermined |
| | Norway | 229194 | Registered | Undetermined |
| | Singapore | T04/18952H | Registered | Undetermined |
| | South Korea | 40-0654435 | Registered | Undetermined |
| | Switzerland | 532211 | Registered | Undetermined |
| | Taiwan | 1175525 | Registered | Undetermined |
| | Thailand | Kor233371 | Registered | Undetermined |
| | Venezuela | P-267586/ | Registered | Undetermined |
| | Vietnam | 75138 | Registered | Undetermined |
| V LOGO | Albania | 11516 | Registered | Undetermined |
| | Argentina | 2785992 | Pending | Undetermined |
| | Argentina | 2785991 | Pending | Undetermined |
| | Argentina | 2785993 | Pending | Undetermined |
| | Australia | 1169001 | Registered | Undetermined |
| | Bosnia and Herzegovina | BAZ0711017A | Pending | Undetermined |
| | Brazil | 829572210 | Pending | Undetermined |
| | Brazil | 829572317 | Pending | Undetermined |
| | Brazil | 829481583 | Pending | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Trademarks.**

| Trademark | Jurisdiction | Registration No./ Application No. | Status | Net Book Value |
|---|---|---|---|---|
| V LOGO | Bulgaria | 95002 | Pending | Undetermined |
| | Canada | 1362869 | Pending | Undetermined |
| | Chile | 818.621 | Registered | Undetermined |
| | Croatia | Z20070597 | Registered | Undetermined |
| | European Union | 4371571 | Registered | Undetermined |
| | European Union | 005791876 | Registered | Undetermined |
| | Israel | 199,117 | Pending | Undetermined |
| | Japan | 5085720 | Registered | Undetermined |
| | Macedonia | TM-2007/283 | Pending | Undetermined |
| | Mexico | 1006106 | Registered | Undetermined |
| | Mexico | 1033597 | Registered | Undetermined |
| | Mexico | 1016129 | Registered | Undetermined |
| | Mexico | 1016128 | Registered | Undetermined |
| | Mexico | 1008306 | Registered | Undetermined |
| | New Zealand | 775569 | Registered | Undetermined |
| | Norway | 233562 | Registered | Undetermined |
| | Russian Federation | 2007709600 | Pending | Undetermined |
| | Serbia and Montenegro | Z732/07 | Pending | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Trademarks.**

| Trademark | Jurisdiction | Registration No./ Application No. | Status | Net Book Value |
|---|---|---|---|---|
| V LOGO | Singapore | T0706871C | Registered | Undetermined |
| | South Africa | 2007/06598 | Pending | Undetermined |
| | Switzerland | 58961/2005 | Registered | Undetermined |
| | Turkey | 2007/18533 | Pending | Undetermined |
| | United States | 77/148,688 | Pending | Undetermined |
| | United States | 3455271 | Registered | Undetermined |
| | Venezuela | 26530-07 | Pending | Undetermined |
| | Venezuela | 26532-07 | Pending | Undetermined |
| | Venezuela | 26531-07 | Pending | Undetermined |
| VECTRIX | Albania | 11392 | Registered | Undetermined |
| | Argentina | 2142519 | Registered | Undetermined |
| | Argentina | 2785990 | Pending | Undetermined |
| | Argentina | 2785989 | Pending | Undetermined |
| | Australia | 1198357 | Pending | Undetermined |
| | Australia | 1168997 | Registered | Undetermined |
| | Bahamas | 27218 | Pending | Undetermined |
| | Bermuda | 41504 | Registered | Undetermined |
| | Bosnia and Herzegovina | BAZ0711015A | Pending | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Trademarks.**

| Trademark | Jurisdiction | Registration No./ Application No. | Status | Net Book Value |
|---|---|---|---|---|
| VECTRIX | Brazil | 827111010 | Pending | Undetermined |
| | Brazil | 829481613 | Pending | Undetermined |
| | Brazil | 829481648 | Pending | Undetermined |
| | Bulgaria | 95004 | Pending | Undetermined |
| | Canada | 1,234,310 | Pending | Undetermined |
| | Chile | 793.355 | Pending | Undetermined |
| | Chile | 726193 | Registered | Undetermined |
| | China | 4386492 | Registered | Undetermined |
| | Croatia | Z20070596 | Registered | Undetermined |
| | European Union | 4243564 | Pending | Undetermined |
| | European Union | 5226253 | Registered | Undetermined |
| | European Union | 3921327 | Registered | Undetermined |
| | Hong Kong | 301002455 | Pending | Undetermined |
| | Hong Kong | 300304424 | Registered | Undetermined |
| | India | 1322554 | Registered | Undetermined |
| | Indonesia | ADM000.081.121 | Registered | Undetermined |
| | Indonesia | | Proposed Mark | Undetermined |
| | Israel | 199,118 | Pending | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Trademarks.**

| **Trademark** | **Jurisdiction** | **Registration No./ Application No.** | **Status** | **Net Book Value** |
|---|---|---|---|---|
| VECTRIX | Japan | 2007-119299 | Pending | Undetermined |
| | Japan | 5085044 | Registered | Undetermined |
| | Japan | 4872322 | Registered | Undetermined |
| | Macedonia | TM-2007/284 | Pending | Undetermined |
| | Malaysia | 04018403 | Registered | Undetermined |
| | Mexico | 1005218 | Registered | Undetermined |
| | Mexico | 1005219 | Registered | Undetermined |
| | Mexico | 1005220 | Registered | Undetermined |
| | Mexico | 1005221 | Registered | Undetermined |
| | Mexico | 864974 | Cancelled | Undetermined |
| | New Zealand | 775466 | Registered | Undetermined |
| | Norway | 228055 | Registered | Undetermined |
| | Russian Federation | 2007708980 | Pending | Undetermined |
| | Serbia and Montenegro | Z-763/07 | Pending | Undetermined |
| | Singapore | | Proposed Mark | Undetermined |
| | Singapore | T0706869A | Registered | Undetermined |
| | Singapore | T0706868C | Registered | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Trademarks.**

| Trademark | Jurisdiction | Registration No./ Application No. | Status | Net Book Value |
|---|---|---|---|---|
| VECTRIX | Singapore | T0706867E | Registered | Undetermined |
| | Singapore | T0706866G | Registered | Undetermined |
| | Singapore | T04/20484E | Registered | Undetermined |
| | South Africa | 2007/06597 | Pending | Undetermined |
| | South Korea | | Proposed Mark | Undetermined |
| | South Korea | 649565 | Registered | Undetermined |
| | Switzerland | 525,324 | Registered | Undetermined |
| | Taiwan | 1158382 | Registered | Undetermined |
| | Thailand | | Proposed Mark | Undetermined |
| | Thailand | TM255414 | Registered | Undetermined |
| | Turkey | 2007/18534 | Pending | Undetermined |
| | United States | 2632033 | Registered | Undetermined |
| | United States | 78572585 | Pending | Undetermined |
| | United States | 78/572,594 | Pending | Undetermined |
| | United States | 3454207 | Registered | Undetermined |
| | Venezuela | 000006-05 | Registered | Undetermined |
| | Vietnam | 76664 | Registered | Undetermined |
| **TOTAL** | | | | **Undetermined** |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Patents.**

| Title | Country | Application No./ Filing Date | Patent No./ Issue Date | Net Book Value |
|---|---|---|---|---|
| Regenerative Braking System for an Electric Vehicle | US | 10/093,717 03/11/2002 | 6,724,165 04/20/2004 | Undetermined |
| Electric Vehicle Air Cooling System | US | 11/762,626 06/13/2007 | Pending | Undetermined |
| Vehicle with Contactless Throttle Control | US | 11/762,596 06/13/2007 | Pending | Undetermined |
| Composite Construction Vehicle Frame | US | 10/697,871 10/31/2003 | 7,255,191 08/14/2007 | Undetermined |
| Electric Scooter With On-Board Charging System | US | 09/679,408 10/04/2000 | 6,326,765 12/04/2001 | Undetermined |
| Vehicle Drive Wheel Assembly | US | 08/988,675 12/11/1997 | 6,199,652 03/13/2001 | Undetermined |
| Vehicle With Lockable Tilt System | US | 12/298,752 04/25/2007 | Pending | Undetermined |
| Electric Vehicle And Frame Therefor | US | 08/988,968 12/11/1997 | 6,047,786 04/11/2000 | Undetermined |
| Vehicle Drive Wheel Assembly | US | 09/074,468 05/08/1998 | 6,199,651 03/13/2001 | Undetermined |
| Scooter Body | US | 29/080,621 12/11/1997 | 4,039,90 01/12/1999 | Undetermined |
| Electrical Scooter Having an Equalization Circuit For Charging Multiple Batteries | US | 08/989,174 12/11/1997 | 5,965,996 10/12/1999 | Undetermined |

## Schedule B-22
## Patents, Copyrights, and other intellectual property.

**Patents.**

| Title | Country | Application No./ Filing Date | Patent No./ Issue Date | Net Book Value |
|---|---|---|---|---|
| Regenerative Braking System for an Electric Vehicle | EPO | 03711395.8 03/09/2003 | Pending | Undetermined |
| Regenerative Braking System for an Electric Vehicle | HK | 05105227.9 03/06/2003 | Pending | Undetermined |
| Regenerative Braking System for an Electric Vehicle | IN | 3025/DELPN/2004 03/06/2003 | Pending | Undetermined |
| Regenerative Braking System for an Electric Vehicle | JP | 2003-576226 03/06/2003 | Pending | Undetermined |
| Regenerative Braking System for an Electric Vehicle | MX | PA/a/2004/008792 03/06/2003 | Pending | Undetermined |
| Regenerative Braking System for an Electric Vehicle | TX | 092105223 03/11/2003 | 1271026 01/11/2007 | Undetermined |
| Vehicle Propulsion System Activation Device | TW | 096121351 06/13/2007 | Pending | Undetermined |
| Electric Vehicle Air Cooling System | TW | 096121356 06/13/2007 | Pending | Undetermined |
| Vehicle with Contactless Throttle Control | CA | 06/12/2007 | Pending | Undetermined |
| Vehicle with Contactless Throttle Control | CN | 06/12/2007 | Pending | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Patents.**

| Title | Country | Application No./ Filing Date | Patent No./ Issue Date | Net Book Value |
|---|---|---|---|---|
| Vehicle with Contactless Throttle Control | EPO | 06/12/2007 | Pending | Undetermined |
| Vehicle with Contactless Throttle Control | SG | 06/12/2007 | Pending | Undetermined |
| Vehicle with Contactless Throttle Control | TW | 096121349 06/13/2007 | Pending | Undetermined |
| Lockable Tilt System for a Three-Wheeled Vehicle | PCT | PCT/US08/81946 10/31/2008 | Pending | Undetermined |
| Composite Construction Vehicle Frame | BS | 1743 11/05/2004 | Pending | Undetermined |
| Composite Construction Vehicle Frame | CN | 200480031907.9 10/14/2004 | Pending | Undetermined |
| Composite Construction Vehicle Frame | EPO | 04794922.1 10/14/2004 | Pending | Undetermined |
| Composite Construction Vehicle Frame | HK | 07100442.7 10/14/2004 | Pending | Undetermined |
| Composite Construction Vehicle Frame | IN | 2548/DELNP/2006 10/14/2004 | Pending | Undetermined |
| Composite Construction Vehicle Frame | JP | 2548/DELNP/2006 10/14/2004 | Pending | Undetermined |
| Composite Construction Vehicle Frame | MX | PA/a/2006/004628 10/14/2004 | Pending | Undetermined |
| Composite Construction Vehicle Frame | SG | 200602326-1 10/14/2004 | Pending | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Patents.**

| **Title** | **Country** | **Application No./ Filing Date** | **Patent No./ Issue Date** | **Net Book Value** |
|---|---|---|---|---|
| Composite Construction Vehicle Frame | TW | 093133075 10/29/2004 | Pending | Undetermined |
| Electric Scooter With On-Board Charging System | CN | 01816784.5 09/25/2001 | ZL01816784.5 12/28/2008 | Undetermined |
| Electric Scooter With On-Board Charging System | EPO | 01973549.7 09/25/2001 | Pending | Undetermined |
| Electric Scooter With On-Board Charging System | HK | 09/25/2001 | Pending | Undetermined |
| Electric Scooter With On-Board Charging System | IN | 00495/DELNP/2003 09/25/2001 | Pending | Undetermined |
| Electric Scooter With On-Board Charging System | JP | 2002-533458 09/25/2001 | Pending | Undetermined |
| Electric Scooter With On-Board Charging System | KR | 2003-7004697 09/25/2001 | Pending | Undetermined |
| Electric Scooter With On-Board Charging System | MX | PA/a/2003/002885 09/25/2001 | 23783 05/12/2006 | Undetermined |
| Electric Scooter With On-Board Charging System | TW | 90124512 10/04/2001 | NI-176981 | Undetermined |
| Vehicle Drive Wheel Assembly | CN | 98813389.X 12/10/1998 | ZL98813389.X | Undetermined |
| Vehicle Drive Wheel Assembly | EPO | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | BE | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Patents.**

| Title | Country | Application No./ Filing Date | Patent No./ Issue Date | Net Book Value |
|---|---|---|---|---|
| Vehicle Drive Wheel Assembly | DE | 98963102.3 12/10/1998 | 69825476.7 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | FR | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | GB | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | IE | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | IT | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | NL | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | PT | 98963102.3 12/10/1998 | 1035982 08/04/2004 | Undetermined |
| Vehicle Drive Wheel Assembly | IN | IN/PCT/2000/144/ CHE 12/10/1998 | 202277 02/14/2007 | Undetermined |
| Vehicle Drive Wheel Assembly | TW | 87120664 12/11/1998 | NI-130936 08/20/2001 | Undetermined |
| Vehicle With Lockable Tilt System | EPO | 04/25/2007 | Pending | Undetermined |
| Vehicle With Lockable Tilt System | TW | 096114645 04/25/2007 | Pending | Undetermined |
| Electric Vehicle And Frame Therefor | CN | 98813452.7 12/10/1998 | ZI98813452.7 | Undetermined |

## Schedule B-22
**Patents, Copyrights, and other intellectual property.**

**Patents.**

| **Title** | **Country** | **Application No./ Filing Date** | **Patent No./ Issue Date** | **Net Book Value** |
|---|---|---|---|---|
| Electric Vehicle And Frame Therefor | EPO | 98963103.1 12/10/1998 | Pending | Undetermined |
| Electric Vehicle And Frame Therefor | IN | IN/PCT00/00146/ CHE 12/10/1998 | 211034 | Undetermined |
| Electric Vehicle And Frame Therefor | TW | 87120668 12/11/1998 | NI-120510 02/06/2001 | Undetermined |
| Vehicle Drive Wheel Assembly | CN | 98813390.3 12/10/1998 | ZL98813390.3 | Undetermined |
| Vehicle Drive Wheel Assembly | EPO | 98963104.1 12/10/1998 | Pending | Undetermined |
| Vehicle Drive Wheel Assembly | IN | IN/PCT00/00145/ CHE 12/10/1998 | 205640 | Undetermined |
| Vehicle Drive Wheel Assembly | TW | 087120651 12/11/1998 | NI-175085 07/29/2003 | Undetermined |
| Scooter Body | BR | MI 5800969.8 06/09/1998 | DI 5800969.8 11/23/1999 | Undetermined |
| Scooter Body | DE | M9805750.2 06/10/1998 | M9805750.2 12/09/1998 | Undetermined |
| Scooter Body | ES | 142960 06/10/1998 | 142960 02/17/1999 | Undetermined |
| Scooter Body | FR | 983451 06/10/1998 | 983451 10/16/1998 | Undetermined |

**Schedule B-22**
**Patents, Copyrights, and other intellectual property.**

**Patents.**

| <u>Title</u> | <u>Country</u> | <u>Application No./</u><br><u>Filing Date</u> | <u>Patent No./</u><br><u>Issue Date</u> | <u>Net Book</u><br><u>Value</u> |
|---|---|---|---|---|
| Scooter Body | MO | PV785<br>06/10/1998 | 785<br>08/25/1998 | Undetermined |
| | | | | |
| **TOTAL** | | | | **Undetermined** |

**Schedule B-25**
**Automobiles, trucks, trailers, and other vehicles and accessories.**

| <u>Description</u> | <u>Location</u> | <u>Market Price</u> |
|---|---|---|
| 2 x GMC 5.2L Marketing Truck | New Bedford, MA | 90,000.00 |
| 1 x Chevy Cargo Van | | 15,000.00 |
| 1 x GMC 2500 Pickup Truck<br>2 x Ford F250 Pickup Truck<br>1 x 2007 Chevy 2500 HD Pickup Truck | | 110,000.00 |
| 2 x Interstate Cargo Trailer<br>1 x Avenger Cargo Trailer<br>1 x Load Runner Cargo Trailer<br>1 x Legend Cargo Trailer | | 25,000.00 |
| 1 x Chevy Silverado Pickup Truck | Atlanta, GA | 25,000.00 |
| 1 x Pace Cargo 16 foot Trailer | | 5,000.00 |
| 1 x Chevy Silverado Pickup Truck | Minneapolis, MN | 25,000.00 |
| 1 x Pace Cargo 16 foot Trailer | | 5,000.00 |
| | | |
| **TOTAL** | | **300,000.00** |

**Schedule B-28**
**Office equipment, furnishings, and supplies.**

| Description | Location | Net Book Value |
|---|---|---|
| Computer Equipment | New Bedford, MA and/or Middletown, RI | 188,729.00 |
| Computer Software | New Bedford, MA and/or Middletown, RI | 258,629.00 |
| Office Furniture & Fixtures | New Bedford, MA and/or Middletown, RI | 282,480.00 |
| | | |
| **TOTAL** | | **729,838.00** |

**Schedule B-29**
**Machinery, fixtures, equipment and supplies used in business.**

| **Description** | **Location** | **Net Book Value** |
|---|---|---|
| Marketing booth | New Jersey | 21,415.00 |
| Machinery + Equipment | New Bedford, MA | 256,220.00 |
| VX2 Tooling | China | 303,953.00 |
| | | |
| **TOTAL** | | **581,588.00** |

**Schedule B-30**
**Inventory.**

| Description | Location | Net Book Value |
|---|---|---|
| Finished Goods bikes | New Bedford, MA | 1,631,200.00 |
| Marketing/demo bikes | New Bedford, MA | 236,500.00 |
| Various parts | New Bedford, MA | 25,000.00 |
| | | |
| **TOTAL** | | **1,892,700.00** |

B6D (Official Form 6D) (12/07)

In re Vectrix Corp.,
_____
Debtor

Case No. 09-13347
_____
(If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 24669095 De Lage Financial Services P.O. Box 41601 Philadelphia, PA 19101-1601 | | | Lease for Telephone System 2007 VALUE $20,000.00 | | | | 18,775.00 | |
| ACCOUNT NO. 024-9110-95248 GMAC P.O. Box 9001948 Louisville, KY 40290-1948 | | | Truck Loan for 2007 Chevy Express VIN 1GBHG31U371171397 2007 VALUE $15,000.00 | | | | 17,176.00 | 2,176.00 |
| ACCOUNT NO. CW01342999 Key Equipment Finance 11030 Circle Point Drive #200 Westminster, CO 80020 | | | Lease for Copiers 2007 VALUE $25,000.00 | | | | 29,990.00 | 4,990.00 |

1 continuation sheets attached

Subtotal ▶ (Total of this page) $ 65,941.00 | $ 7,166.00

Total ▶ (Use only on last page) $ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc. www.FormsWorkflow.com

**B6D (Official Form 6D) (12/07) – Cont.**

In re Vectrix Corp.,_____     Case No 09-13347_____
                    **Debtor**                                              **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200756858 Wells Fargo Financial Capital Finance Accounts Receivable P.O. Box 7777 San Francisco, CA 94120-7777 | | | Lease for Fork Lift 2008 <br><br> VALUE $20,000.00 | | | | 25,438.00 | 5,438.00 |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

Sheet no 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ►
(Total of this page)

$ 25,438.00  |$ 5,438.00

Total ►
(Use only on last page)

$ 91,379.00  |$ 12,604.00

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,                       Case No. 09-13347
            **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife ,Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

American LegalNet, Inc.
www.FormsWorkflow.com

**B6E (Official Form 6E) (12/07) – Cont.**

In re Vectrix Corp.,                                    Case No. 09-13347
_____                             _____
        **Debtor**                                              **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>4</u> continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Vectrix Corp.,
_____
          Debtor

Case No. 09-13347 _____
                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
**WAGES, SALARIES AND COMMISSIONS**

| | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Boyle, Michael J. <br> 379 Crepe Myrtle Drive <br> Greer, SC 29651 | | | 07/2009-08/2009 <br> Wages and <br> Severance | | | | 616,538.00 | 10,950.00 | 605,588.00 |
| Account No <br> Cox, Steven R. <br> P.O. Box 392 <br> Tiverton, RI 02878 | | | 07/2009 <br> Severance | | | | 156,650.00 | 10,950.00 | 145,700.00 |
| Account No <br> Gohl, Wolfgang <br> Groto Roweckiego 114 <br> Wroclaw 52-232 <br> Poland | | | 07/2009 <br> Severance | | | | 99,444.00 | 10,950.00 | 88,494.00 |
| Account No <br> Hughes, Peter <br> 41 Martha's Lane <br> P.O. Box 54 <br> South Harwich, MA 02661 | | | 07/2009 <br> Severance | | | | 621,920.00 | 10,950.00 | 610,970.00 |

Sheet no 1 of 4 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

$ 1,494,552.00 | $ 43,800.00 | 1,450,752.00

Total▶
(Use only on last page of the completed
Schedule E Report also on the Summary
of Schedules)

$

Totals▶
(Use only on last page of the completed
Schedule E If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data )

$ | $

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,                            Case No. 09-13347

          Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet
**TAXES AND CERTAIN OTHER DEBTS
OWED TO GOVERNMENTAL UNITS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 9198291090428 <br> California Franchise Tax Board <br> P O Box 942857 <br> Sacramento, CA 94257-0511 | | | Assessment for Tax Year Ending 9/30/2007 | | | X | 38.71 | 38.71 | 0.00 |
| Account No. 028641A <br> City of New Bedford <br> P.O. Box 967 <br> New Bedford, MA 02742-0967 | | | 07/2009 Water Bill | | | X | 604.47 | 604.47 | 0.00 |
| Account No. <br> City of New Bedford <br> 1105 Shawmut Avenue <br> New Bedford, MA 02745 | | | City Taxes | | | X | 337.88 | 337.88 | 0.00 |
| Account No. <br> City of New Bedford <br> Treasurers Office <br> P.O. Box 960 <br> New Bedford, MA 02741 | | | City Taxes | | | X | 2,439.21 | 2,439.21 | 0.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▶ (Totals of this page) | $ 3,420.27 | $ 3,420.27 | 0.00 |
|---|---|---|---|---|
|  | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules ) | $ | | |
|  | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data ) | | $ | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Vectrix Corp., _____        Case No. 09-13347 _____
         **Debtor**                                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**
**TAXES AND CERTAIN OTHER DEBTS**
**OWED TO GOVERNMENTAL UNITS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No  T08150 <br><br> City of Newport Rhode Island Tax Collector <br> 43 Broadway <br> Newport, RI 02840 | | | Inventory Tax for period ending 9/30/2008 | | | X | 2,693.64 | 2,693.64 | 0.00 |
| Account No  2785109 <br><br> Florida Department of Revenue <br> 5050 West Tennessee Street <br> Tallahassee, FL 32399-0110 | | | Florida Unemployment Tax for reporting period ending 9/30/2007 | | | X | 364.54 | 364.54 | 0.00 |
| Account No  114065647 <br><br> Indiana Department of Revenue <br> P.O. Box 1028 <br> Indianapolis, IN 46206-1028 | | | Sales Tax for period ending 1/31/2009 | | | X | 1,172.52 | 1,172.52 | 0.00 |
| Account No  05048970800 <br><br> State of Rhode Island <br> Division of Tax <br> One Capital Hill Suite 21 <br> Providence, RI 02908-5813 | | | Rhode Island Income Tax for the year ending 9/30/2008 | | | X | 2,875.00 | 2,875.00 | 0.00 |

Sheet no  3  of  4  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ <br> (Totals of this page) | $ 7,105.70 | $ 7,105.70 | 0.00 |
| Total▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Vectrix Corp.,</u>       Case No. <u>09-13347</u>

       **Debtor**                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**
**TAXES AND CERTAIN OTHER DEBTS**
**OWED TO GOVERNMENTAL UNITS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No 200802027 <br><br> Town of Middletown, RI <br> Office of the Tax Collector <br> 350 East Main Road <br> Middletown, RI 02842 | | | Personal Property Tax for year ending 9/30/2008 | | | X | 4,561.24 | 4,561.24 | 0.00 |
| Account No <br><br> State of Delaware <br> Registered Agent <br> Corporation Service Comp <br> 2711 Centerville Road, Suite 400 <br> Wilmington, DE 19808 | | | Second Quarter Tax Notice | | | X | 5,134.34 | 5,134.34 | 0.00 |
| Account No. <br><br><br> | | | | | | | | | |
| Account No <br><br><br> | | | | | | | | | |

Sheet no <u>4</u> of <u>4</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)
   $ 9,695.58     $ 9,695.58     0.00

Total ➤
(Use only on last page of the completed Schedule E Report also on the Summary of Schedules )
   $ 1,514,773.55

Totals ➤
(Use only on last page of the completed Schedule E If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data )
   $ 64,021.55     $1,450,752.00

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07)

In re Vectrix Corp., _____     Case No. 09-13347 _____
                    **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AAA Recycling, Inc<br>P.O. Box 50398<br>New Bedford, MA 02745 | | | | | | | 35.00 |
| ACCOUNT NO.<br>Able Pest Control<br>610 North Main Street<br>Brockton, MA 02301 | | | | | | | 195.00 |
| ACCOUNT NO.<br>Access Northeast<br>34 St. Martin Drive, Suite 3<br>Marlborough, MA 01752 | | | | | | | 6,775.00 |
| ACCOUNT NO.<br>Advanstar<br>131 West First Street<br>Duluth, MN 55802-2065 | | | | | | | 14,975.00 |
| | | | | | Subtotal▶ | | $      21,980.00 |

56 continuation sheets attached

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Vectrix Corp.,</u>  Case No. <u>09-13347</u>
   **Debtor**        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Affinity Media Ehlert Publishing Group 6420 Sycamore Lane, Suite 100 Maple Grove, MN 55369 | | | | | | | 13,785 00 |
| ACCOUNT NO. Aischer, Robin Stone Brook Sarsons Barn Amport SP11 HQ United Kindom | | | | | | | 32,420 00 |
| ACCOUNT NO. Alexander, Ray 6 Coggeshall Circle Middletown, RI 02842 | | | Employee | | | | 14,250 00 |
| ACCOUNT NO. Alien Scooters 1122 S. Lamar Boulevard Austin, TX 78704 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO. Alinea Advocates Associates 48 rue de Provence 75009 Paris France | | | | | | | 6,180 99 |
| ACCOUNT NO. All Season Motorsports 1510 10th Avenue SW Calgary, AB T3C 0J5 Canada | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO. All Security Co. Inc. 771 Kempton Street New Bedford, MA 02740 | | | | | | | 249 90 |

Sheet no. <u>1</u> of <u>56</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal ► | $ 66,885 89

          Total ► | $
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                          Case No. 09-13347
           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Altus Benefit Administrators P.O. Box 83198 Woburn, MA 01813-3198 | | | | | | | 637.50 |
| ACCOUNT NO American Express P.O. Box 2855 New York, NY 10116-2855 | | | | | | | 47,778.00 |
| ACCOUNT NO. American Spring Water 128 White Street Raynham, MA 02767 | | | | | | | 94.00 |
| ACCOUNT NO Anderson, Charlotte 119 Adams Point Road Barrington, RI 02806 | | | | | | X | 3,094.00 |
| ACCOUNT NO ASTM International 100 Barr Harbor Drive West Conshocken, PA 19428-2959 | | | | | | | 638.00 |

Sheet no 2 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     51,603.50

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                      Case No. 09-13347
_____                 _____
                    **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>AT&T<br>P.O. Box 100635<br>Atlanta, GA 30384 | | | | | | | 231.00 |
| ACCOUNT NO<br>Automotive Testing Operations, LLC<br>P.O. Box 77000, Dept. 77756<br>Detroit, MI 48277-0756 | | | | | | | 13,175.00 |
| ACCOUNT NO<br>Baer Leone studio legale<br>Strada Da Vigh, 10<br>Vico Morcote 6921<br>Switzerland | | | | | | | 2,837.27 |
| ACCOUNT NO<br>Baker Tilly Poland Sp z o.o.<br>ul. Krolewska 27<br>00-060 Warsaw<br>Poland | | | | | | | 6,715.00 |
| ACCOUNT NO<br>Baldwin, James<br>733 Pleasant Street, 3rd Floor<br>Pawtucket, RI 02860 | | | Employee | | | | 12,900.00 |

Sheet no 3 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        35,858.27

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                          Case No. 09-13347
_____                      _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Barnett Harley Davidson<br>8727 Gateway East<br>El Paso, TX 79907 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Barney's M/C and Marine<br>10411 Gandy Boulevard<br>St. Petersburg, FL 33702 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Barney's Yamaha Suzuki of Brandon<br>9820 Adamo Drive<br>Tampa, FL 33619 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Baynes Electric Supply, Inc.<br>P.O. Box 1850<br>Brockton, MA 02303-1850 | | | | | | | 448.00 |
| ACCOUNT NO<br>Beemenrs & More Motorcycle Works<br>800 Stockton Avenue<br>Ft. Collins, CO 80524 | | | | | | | 450.00 |

Sheet no 4 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            898.00

Total ➤  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Vectrix Corp.,</u>                    Case No.<u>09-13347</u>

           **Debtor**                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Belview Technologies<br>6248 Escondido<br>El Paso, TX 79912 | | | | | | | 2,800 00 |
| ACCOUNT NO.<br>The Bergquist Co.<br>SDS 12-1021<br>P.O. Box 86<br>Minneapolis, MN 55486-10 | | | | | | | 2,087 41 |
| ACCOUNT NO<br>Berkshire Life Insurance Co.<br>700 South Street<br>Pittsfield, MA 01201 | | | | | | | 2,084 13 |
| ACCOUNT NO<br>Bernier, Roger<br>1093 Reed Road<br>North Dartmouth, MA 02747 | | | Employee | | | | 18,720 00 |
| ACCOUNT NO<br>Biker's Edge<br>1201 E. Central<br>Wichita, KS 62714 | | | Dealer | X | X | X | 0 00 |

Sheet no <u>5</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      25,691.54

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

$

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,_____     Case No. 09-13347_____
 _____
         **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bill Eddy's Motorsports<br>1205 N  Futrall Drive<br>Fayetteville, AR 72703 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Blue Cross & Blue Shield of RI<br>P O  Box 1057<br>Providence, RI 02901 | | | | | | X | 1,098.25 |
| ACCOUNT NO<br>Blue Sky Holdings, LLC<br>130 Bellevue Avenue<br>Newport, RI 02842 | | | | | | X | 269,920.00 |
| ACCOUNT NO<br>BMW Motorcycles of Atlanta<br>1750 Cobb Parkway S E<br>Marietta, GA 30043 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>BMW Motorcycles of Omaha (dba Elite Motor Sports)<br>6775 S  118th Street<br>Omaha, NE 68137 | | | Dealer | | | | 0.00 |

Sheet no 6 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  271,018.25

Total➤  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,_____     Case No. 09-13347_____
                **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO |  |  |  |  |  |  |  |
| BMW of Oklahoma City 417 Hudiburg Circle #C Oklahoma City, OK 73108 |  |  | Dealer | X | X | X | 0 00 |
| ACCOUNT NO |  |  |  |  |  |  |  |
| BMW of Santa Cruz County 1875 Main Street Watsonville, CA 95076 |  |  | Dealer | X | X | X | 0 00 |
| ACCOUNT NO |  |  |  |  |  |  |  |
| BMW of Tulsa, Oklahoma 3743 South Peoria Tulsa, OK 74105 |  |  | Dealer | X | X | X | 0 00 |
| ACCOUNT NO |  |  |  |  |  |  |  |
| Bond, Robert Parker-Hannifin Corporation 6035 Parkland Boulevard Cleveland, OH 44124 |  |  |  |  |  |  | 32,420.00 |
| ACCOUNT NO |  |  |  |  |  |  |  |
| Bossier City Harley Division 2225 Autoplex Drive Bossier City, LA 71111 |  |  | Dealer | X | X | X | 0.00 |

Sheet no 7 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $            32,420 00

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No.09-13347
_____                        _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Bowne Inc.<br>411 D Street<br>Boston, MA 02210 | | | | | | | 9,068 36 |
| ACCOUNT NO<br>Bristol County Blueprint Co.<br>98 Spring Street<br>New Bedford, MA 02740-5939 | | | | | | | 432 60 |
| ACCOUNT NO<br>Brookwood Middletown Tech, LLC<br>72 Cherry Hill Drive<br>Beverly, MA 01915 | | | | | | | 64,146 88 |
| ACCOUNT NO<br>Brothers Motorsports<br>8194 Fairview Road<br>Baxter, MN 56425 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Bruning International<br>9 Mear Road<br>Holbrook, MA 02343 | | | | | | | 735 80 |

Sheet no 8 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     74,383 64

Total▶
(Use only on last page of the completed Schedule F )  $
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,

**Debtor**

Case No. 09-13347

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Brusa Electronik AG<br>Neudorf 14<br>Postfach 55<br>Switzerland | | | | | | | 9,500 00 |
| ACCOUNT NO<br>Business Licenses, LLC<br>386 Route 59, Suite 300<br>Monsey, NY 10952 | | | | | | | 500 00 |
| ACCOUNT NO<br>CAP INC.<br>2 Centennial Drive<br>Peabody, MA 01960 | | | | | | | 5,308 00 |
| ACCOUNT NO<br>CAPITA<br>The Registry<br>34 Beckenham Road<br>Beckenham, Kent BR3 4TU<br>United Kingdom | | | | | | | 5,366 60 |
| ACCOUNT NO<br>CAPITA FIDUCIARY GROUP<br>P.O. Box 532<br>St. Helier, Jersey JE4 5UW<br>Channel Islands, United Kingdom | | | | | | | 7,725 12 |

Sheet no 9 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 28,399 72

Total▶ $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Vectrix Corp.,</u>                                        Case No.<u>09-13347</u>
                    **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Cedar Creek Motorsports<br>7518 Highway 60<br>Cedarburg, WI 53012 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Central Coast Mechanics<br>3566 S. Higuera St. #100<br>San Luis Obispo, CA 93401 | | | Dealer | X | X | X | 798.92 |
| ACCOUNT NO<br>Central Scale<br>2027 Elmwood Avenue<br>P.O. Box 8886<br>Warwick, RI 02888 | | | | | | | 280.00 |
| ACCOUNT NO<br>Channel Ark Enterprises<br>RM1505-1509 United Inter Bldg.<br>No. 19 Dongsanbum South Rd.<br>Chaoyang Dist., Beijing 100021<br>China | | | | | | | 33,000.00 |
| ACCOUNT NO<br>Clark's Security, Inc.<br>P.O. Box 172<br>Fall River, MA 02722 | | | | | | | 120.00 |

Sheet no <u>10</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸ | $ | 34,198.92

Total▸
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data ) | $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                          Case No. 09-13347
_____                          _____
        **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Coady Diemar Partners, LLC 1370 Avenue of the Americas New York, NY 10019 | | | | | | X | 305,579 00 |
| ACCOUNT NO | | | | | | | |
| Color Edge Visual 127 West 30th Street New York, NY 10001 | | | | | | | 9,842 35 |
| ACCOUNT NO | | | | | | | |
| Columbia Powersports Center 3750 Fernandina Road Columbia, SC 29210 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO | | | | | | | |
| Compact Power, Inc. 1857 Technology Drive Troy, MI 48083 | | | | | | | 15,555 00 |
| ACCOUNT NO | | | | | | | |
| Computer Patent Annuities Ltd. Liberation House Castle Street St. Helier, Jersey JE1 1BL Channel Islands, United Kingdom | | | | | | | 1,240 02 |

Sheet no 11 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $      332,216.37

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )  $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Computershare P.O. Box 83 31 Pier Road St. Helier, Jersey JE4 8PW Channel Islands, United Kingdom | | | | | | | 15,445.86 |
| ACCOUNT NO | | | | | | | |
| Conversent Communications P O Box 981039 Boston, MA 00298-1039 | | | | | | | 1,750.19 |
| ACCOUNT NO | | | | | | | |
| Council of Better Business Bureaus 4200 Wilson Boulevard Arlington, VA 22203-1838 | | | | | | | 3,500.00 |
| ACCOUNT NO | | | | | | | |
| Country Roads Motorcycling 10 B Great Meadow Lane East Hanover, NJ 07936 | | | | | | | 128.00 |
| ACCOUNT NO | | | | | | | |
| Cox Communications P.O. Box 39 Newark, NJ 07101-0039 | | | | | | | 1,458.00 |

Sheet no 12 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 22,282.05

Total ▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____                    _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| CPA Global Liberation House Castle Street St. Helier, Jersey, JE1 1BL Channel Islands | | | | | | | 10,308.00 |
| ACCOUNT NO | | | | | | | |
| CQ Consulting Company, Inc. 40 East 94th Street, Apt 8F New York, NY 10128 | | | | | | | 7,689.00 |
| ACCOUNT NO | | | | | | | |
| CSC P.O. Box 13397 Philadelphia, PA 19101-3397 | | | | | | | 582.00 |
| ACCOUNT NO | | | | | | | |
| CT Corporation System 155 Federal Street Team 2 Suite 700 Boston, MA 02110 | | | | | | | 2,475.00 |
| ACCOUNT NO | | | | | | | |
| Cycle World of Athens 4225 Atlanta Highway Bogart, GA 30622 | | | Dealer | X | X | X | 0.00 |

Sheet no 13 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ | 21,054.00

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )   | $ |

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                        Case No. 09-13347
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Dean Mead<br>800 North Magnolia Avenue<br>Orlando, FL 32803 | | | | | | X | 4,200 00 |
| ACCOUNT NO<br>Decosta, Dana<br>167 Chatham Road<br>Harwich, MA 02645 | | | Employee | | | | 12,150 00 |
| ACCOUNT NO<br>Del Amo Motorsports<br>2500 Marine Avenue<br>Redondo Beach, CA 90278 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Delaware Sec of State<br>Division of Corporations<br>P O Box 11728<br>Newark, NJ 07101-4728 | | | | | | | 11,533 89 |
| ACCOUNT NO<br>Delta Dental of Rhode Island<br>10 Charles Street<br>Providence, RI 02904-2208 | | | | | | X | 3,958 63 |

Sheet no 14 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 31,842.52

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data ) | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,_____     Case No. 09-13347 _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Dembicka, Maya<br>30 Golden Hill Street #3<br>Newport, RI 02840 | | | Employee | | | | 5,984.00 |
| ACCOUNT NO<br>Dept. of Parking and Traffic<br>P.O. Box 7684<br>San Francisco, CA 94120-7684 | | | | | | | 410.00 |
| ACCOUNT NO<br>Domestic Professionals<br>410 Hudson Street<br>New Bedford, MA 02744 | | | | | | | 483.00 |
| ACCOUNT NO<br>Dorsey & Whitney LLP<br>P.O. Box 1680<br>Minneapolis, MN 55480-1680 | | | | | | | 59,753.76 |
| ACCOUNT NO<br>Dowco Inc.<br>4230 Clipper Drive<br>Manitowoc, WI 54220 | | | | | | | 15,195.00 |

Sheet no 15 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  81,825.76

Total▶
(Use only on last page of the completed Schedule F )    $
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
            **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Downing, Steve 296 Island Drive Middletown, RI 02840 | | | Employee | | | | 22,714 00 |
| ACCOUNT NO | | | | | | | |
| Dube, Jacqueline 63 Renfrew Avenue Middletown, RI 02842 | | | Employee | | | | 17,250 00 |
| ACCOUNT NO | | | | | | | |
| Dugas, David 11 Timberline Drive Mansfield, MA 02048 | | | Employee | | | | 18,201 00 |
| ACCOUNT NO | | | | | | | |
| East Coast Powersports 1725 North Main Street Summerville, SC 29483 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO. | | | | | | | |
| Eco Moto 1050 South State Street Salt Lake City, UT 84111 | | | Dealer | X | X | X | 0 00 |

Sheet no 16 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   58,165.00

Total➤   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ehlerding Motorsports 5505 Highway 930 East Fort Wayne, IN 46803 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO Electric & Hybrid Vehicle Abinger House Church Street, Dorking Surrey, RH4 1DF United Kingdom | | | | | | | 6,705.50 |
| ACCOUNT NO The Electric Toy Store 671 Highway 179 Sedona, AZ 86336 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO Electro Standards Laboratories 36 Western Industrial Drive Cranston, RI 02921 | | | | | | | 3,933.73 |
| ACCOUNT NO Electronic Service & Design GmbH An der Helle 9 D-59505 Bad Sassendorf, Germany | | | | | | X | 51,895.84 |

Sheet no 17 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $       62,535.07

Total ▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )   $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| E-Max ev's Germany Holding Ltd Unit 1110, Lippo Sun Plaza 28 Canton Rd., TST Kowloon Hong Kong | | | | | | X | 967,112 04 |
| ACCOUNT NO | | | | | | | |
| The Engelhart Center 1589 Greenway Cross Madison, WI 53713 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO | | | | | | | |
| Enright, Michael 30 Chepstow Place London W2 4TA United Kingdom | | | | | | | 32,420.00 |
| ACCOUNT NO | | | | | | | |
| Enser Corp. 1902 Taylor Lane Cinnaminson, NJ 08077-2580 | | | | | | | 2,520 00 |
| ACCOUNT NO | | | | | | | |
| Epicor/i-Scala P O. Box 116515 Atlanta, GA 30368-6515 | | | Judgment | | | | 27,964 00 |

Sheet no 18 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $      1,030,016 04

Total➤
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )  $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,_____  Case No.09-13347 _____
**Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br> EVB Technology (HK) Ltd <br> 4/F, Gold Peak Building <br> 30 Kwai Wing Road <br> Hong Kong | | | | | | | 870,886.76 |
| ACCOUNT NO <br> Federal Express Corp <br> P.O. Box 371461 <br> Pittsburgh, PA 15250-7461 | | | | | | | 14,511.38 |
| ACCOUNT NO <br> FEDEX FREIGHT <br> P.O. Box 406708 <br> Atlanta, GA 30384-6708 | | | | | | | 102.09 |
| ACCOUNT NO. <br> Florida Motorsports of Tallahassee <br> 2463 Greer Road <br> Tallahassee, FL 32308 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO <br> Foreign Affairs <br> 1681 North Military Trail <br> West Palm Beach, FL 33409 | | | Dealer | X | X | X | 0.00 |

Sheet no 19 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 885,500.23

Total➤
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and. if applicable on the Statistical
Summary of Certain Liabilities and Related Data ) | $ |

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Vectrix Corp.,</u>_____          Case No.<u>09-13347</u>_____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Frade's Disposal<br>P O  Box 50398<br>New Bedford, MA 02745 | | | | | | | 1,118.11 |
| ACCOUNT NO<br>Full Throttle Motorsports<br>9555 Woodlane Drive<br>Dimondale, MI 48821 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Gateway BMW<br>2690 Masterson Avenue, Suite 300<br>St. Louis, MO 63114 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Gaudette, Paul<br>1018 Leroy Street<br>New Bedford, MA 02745 | | | Employee | | | | 9,720 00 |
| ACCOUNT NO<br>General Supply<br>47 Nauset Street<br>New Bedford, MA 02746 | | | | | | | 113.20 |

Sheet no <u>20</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      10,951 31

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                           Case No. 09-13347
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Genesys Technology Solutions LLC<br>9155 Little Farm Drive<br>White Lake, MI 48386 | | | | | | | 2,000.00 |
| ACCOUNT NO<br>Gold Coast Motorsports<br>2070 Jericho Turnpike<br>New Hyde Park, NY 11040 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Goldrush Honda Yamaha Motorsports<br>14301 Mono Way, Suite A<br>Sonora, CA 95370 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Gore Laboratories, Inc.<br>10 Northern Boulevard<br>Amherst, NH 03031 | | | | | | | 1,510.85 |
| ACCOUNT NO<br>Gowrie, Braden & Brett, Inc<br>Accounting Dept.<br>P.O. Box 766<br>Enfield, CT 06083-0766 | | | | | | | 19,500.00 |

Sheet no. 21 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    23,010.85

Total▶   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                           Case No. 09-13347
              **Debtor**                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Greater New Bedford Indus Foundation<br>227 Union Street<br>New Bedford, MA 02740 | | | | | | | 600.00 |
| ACCOUNT NO<br>GRIDCONNECT<br>1630 West Diehl Road<br>Naperville, IL | | | | | | | 15,000.00 |
| ACCOUNT NO<br>Griffin Motorsports, Inc.<br>3909 State Street<br>Schenectady, NY 12304 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Grossman Marketing Group<br>30 Cobble Hill Road<br>Somerville, MA 02143-4441 | | | | | | | 2,792.14 |

Sheet no 22 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  18,392.14

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and. if applicable on the Statistical
Summary of Certain Liabilities and Related Data )    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____                          _____
             **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Guardian Life Insurance <br> 700 South Street <br> Pittsfield, MA 01201 | | | | | | | 4,168.00 |
| ACCOUNT NO. <br> H&H Acoustical Ceilings <br> 62 Forge River Business Park <br> Raynham, MA 02767 | | | | | | | 1,200.00 |
| ACCOUNT NO. <br> Hachette-Filipacchi Media <br> Dept. 0176-H <br> P.O. Box 4000 <br> Hartford, CT 06151-0176 | | | | | | | 18,847.00 |
| ACCOUNT NO. <br> Hair, Matthew <br> 5303 Market Street Ext <br> Cherwa, SC 29520 | | | Employee | | | | 7,500.00 |
| ACCOUNT NO. <br> Harley Davidson of Crete <br> 3445 Eagle Nest Drive <br> Crete, IL 60417 | | | Dealer | X | X | X | 0.00 |

Sheet no. 23 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 31,715.00

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )   $

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                         Case No. 09-13347
_____          _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Hersh, Leslie<br>673 Metacom Avenue #52<br>Bristol, RI 02809 | | | Employee | | | | 6,600 00 |
| ACCOUNT NO<br>Hicklin Power Sports<br>5708 Gateway Drive<br>Grimes, IA 50111 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>High Desert Harley-Davidson<br>2310 E. Cinema Drive<br>Meridian, ID 83642 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Highland Samuel Barnett Assoc. LP<br>First Highland Mgmt. & Dev.<br>Boston/Dedham Commerce Park<br>65 Sprague Street, West B<br>Boston, MA 02136 | | | | | | X | 5,255 38 |
| ACCOUNT NO<br>Hinckley, Allen & Snyder LLP<br>Peggy Farrell<br>1500 Fleet Center<br>Providence, RI 02903 | | | | | | | 127,441 70 |

Sheet no 24 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  139,297 08

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____                        _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. HRSmart 2929 North Central Expressway Suite 110 Richardson, TX 75080 | | | | | | | 12,150.00 |
| ACCOUNT NO. HSBC Commercial Banking Level 33, 8 Canada Square London E14 5HQ United Kingdom | | | | | | | 25,000.00 |
| ACCOUNT NO. IACLEA 342 North Main Street West Hartford, CT 06117 | | | | | | | 1,560.00 |
| ACCOUNT NO. Idearc Media Corp. P.O. Box 619009 DFW Airport, TX 75261-9009 | | | | | | | 5,320.17 |
| ACCOUNT NO. In The News 8517 Sunshine State Street Tampa, FL 33634 | | | | | | | 234.00 |

Sheet no 25 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  44,264.17

Total➤  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Interaction group<br>Sede operativa:<br>Viale Marco Polo, 8<br>00154 Roma<br>Italy | | | | | | | 229 90 |
| ACCOUNT NO<br>I-Site, Inc.<br>15 South 3rd Street, Suite 200<br>Philadelphia, PA 19106 | | | | | | | 81,497 00 |
| ACCOUNT NO<br>IXXAT<br>120 Bedford Center Road, Suite 201<br>Bedford, NH 03110 | | | | | | | 357 00 |
| ACCOUNT NO<br>J & L Harley Davidson, Inc.<br>2601 West 60th Street North<br>Sioux Falls, SD 57107 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Jordan Motors<br>609 East Jefferson Boulevard<br>Mishawaka, IN 46545 | | | Dealer | X | X | X | 0 00 |

Sheet no 26 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   82,083 90

Total ▶   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and. if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____                        _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Kansas Secretary of State<br>120 S.W. 10th Avenue<br>Topeka, KS 66612-1594 | | | | | | | 55 00 |
| ACCOUNT NO<br>Kimball Communications, LLC<br>529 Mixsell Street<br>Easton, PA 18042 | | | | | | | 17,179 00 |
| ACCOUNT NO.<br>LaChance, Alan<br>8 Francis Drive<br>Swansea, MA 02777 | | | | | | | 900.00 |
| ACCOUNT NO<br>Laser Productions, Inc.<br>1241 Whittier Highway<br>Moultonboro, NH 03254 | | | | | | | 486.00 |
| ACCOUNT NO<br>Laszewski & Sons, Inc<br>19 Park Ridge Drive<br>Stevens Point, WI 54481 | | | Dealer | X | X | X | 0 00 |

Sheet no 27 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   18,620 00

Total▶
(Use only on last page of the completed Schedule F )    $
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,
                                                    Case No.09-13347
            **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Latham & Watkins 99 Bishopgate London EC2M 3XF United Kingdom | | | | | | | 162,769.00 |
| ACCOUNT NO | | | | | | | |
| Law Officer Magazine Elsevier Public Safety 525B Street, Suite 1900 San Diego, CA 92101 | | | | | | | 8,847 00 |
| ACCOUNT NO | | | | | | | |
| Le & Associates Songpa P O Box 205 Seoul, 138-857, Korea | | | | | | | 2,736.10 |
| ACCOUNT NO | | | | | | | |
| Leo's South 16375 Kenrick Avenue Lakeville, MN 55044 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO | | | | | | | |
| Link West, Inc Desert Proving Grounds 13303 South Ellsworth Road, Bldg 1/19 Mesa, AZ 85212 | | | | | | | 11,320 00 |

Sheet no 28 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  185,672 10

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Vectrix Corp.,</u>_____         Case No.<u>09-13347</u>_____
                    **Debtor**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>L.L. Bean<br>Financial Accounting Services<br>Freeport, ME 04033 | | | | | | | 8,232.32 |
| ACCOUNT NO<br>Lloyd A. Wise Motors, Inc. dba<br>Vectrix of San Leandro<br>575 Marina Boulevard<br>San Leandro, CA 94577 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Lloyd A. Wise C. dba Vectrix of<br>Vacaville<br>671 Orange Drive<br>Vacaville, CA 95687 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>LNE Group<br>1220 Huron Road E<br>Second Floor<br>Cleveland, OH 44115 | | | | | | | 1,064.00 |
| ACCOUNT NO<br>Logos Group Headquarters<br>Via Curtatona<br>5/2-41100 Modena<br>Italy | | | | | | | 2,145.00 |

Sheet no <u>29</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $   11,441.32

Total➤  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Vectrix Corp.,</u>                                         Case No.<u>09-13347</u>
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Logos Group Headquarters<br>Via Curtatona<br>5/2-41100 Modena<br>Italy | | | | | | | 2,145 00 |
| ACCOUNT NO<br>Logos Translation Services, Inc<br>502 East John Street<br>Carson City, NV 89706 | | | | | | | 4,374 76 |
| ACCOUNT NO<br>London Stock Exchange Plc<br>Credit Control, 3rd Floor<br>10 Paternoster Square<br>London EC4M 7LS<br>United Kingdom | | | | | | | 2,588 49 |
| ACCOUNT NO<br>Long Beach Motorsports<br>3291 Cherry Avenue<br>Long Beach, CA 90807 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Lovetts<br>C/O Euler Mermes ACI<br>800 Red Brook Blvd<br>Ownings Mills, MD 2117-1008 | | | | | | | 2,920 00 |

Sheet no <u>30</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $    12,028 25

Total➤   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____                             _____
            **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MAC Designs Inc.<br>14 Merton Road<br>Newport, RI 02840 | | | | | | | 576.12 |
| ACCOUNT NO.<br>Marin Moto<br>30 Castro Avenue<br>San Rafael, CA 94901 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Martin Racing Performance<br>1740 NW 93rd Avenue<br>Doral, FL 33172 | | | | | | | 1,000.00 |
| ACCOUNT NO<br>Materials and Processing Solutions<br>13436 West 22nd Place<br>Golden, CO 80401 | | | | | | | 2,990.00 |
| ACCOUNT NO<br>Matthews Fun Machines<br>11240 E. Independence Boulevard<br>Matthews, NC 28105 | | | Dealer | X | X | X | 0.00 |

Sheet no <u>31</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   4,566.12

Total➤   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                              Case No. 09-13347
         **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br> Matto Cycle <br> 634 Port Carbon, Saint Clair Highway <br> Pottsville, PA 17901 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO <br> McGuinness, John <br> 72 Gateway Rd <br> North Kingstown, RI 02852 | | | Employee | | | | 52,500 00 |
| ACCOUNT NO <br> McMaster-Carr Supply Co. <br> P.O. Box 7690 <br> Chicago, IL 60680-7690 | | | | | | | 472 22 |
| ACCOUNT NO <br> Meier, Catherine F. <br> 715 Black Point Lane <br> Portsmouth, RI 02871 | | | Employee | | | | 59,280 00 |
| ACCOUNT NO <br> MHQ Municipal Headquarters <br> 401 Elm Street <br> Marlboro, MA 01752 | | | | | | | 14,664 40 |

Sheet no 32 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 112,252 22

Total ▶  $

(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____            _____
            **Debtor**                                              **(if known)**

# SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Millville Harley Davidson<br>1131 South 2nd Street<br>Millville, NJ 08332 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO.<br>Moe, Christopher<br>1213 Green End Avenue<br>Middletown, RI 02842 | | | | | | | 1,000.00 |
| ACCOUNT NO<br>Montgomeryville Cycle Center<br>2901 Bethlehem Pike<br>Hatfield, PA 19440 | | | Dealer | X | X | X | 750.00 |
| ACCOUNT NO<br>Mosites Motorsports<br>12671 Route 30<br>N  Huntington, PA 15642 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Moto Italia<br>316 South Buchanan<br>Edwardsville, IL 62025 | | | Dealer | X | X | X | 0.00 |

Sheet no 33 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  1,750.00

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and. if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                               Case No. 09-13347
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Motorcyclist Magazine 6420 Wilshire Boulevard, 17th Floor Los Angeles, CA 90048 | | | | | | | 6,756.00 |
| ACCOUNT NO | | | | | | | |
| Mouser Electronics, Inc. 1000 North Main Street Mansfield, TX 76199-0319 | | | | | | | 1,144.63 |
| ACCOUNT NO | | | | | | | |
| Mutual of Omaha Mutual of Omaha Plaza Omaha, NE 68175 | | | | | | | 7,059.60 |
| ACCOUNT NO | | | | | | | |
| Naperville Victory Polaris 2760 Aurora Avenue Suite 102 Naperville, IL 60540 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO | | | | | | | |
| National Grid P.O. Box 1049 Woburn, MA 01807-0049 | | | | | | | 9,117.00 |

Sheet no 34 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $  24,077.23

Total ►  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,
          **Debtor**

Case No. 09-13347
                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  <br> National Grid Gas <br> P O Box 1048 <br> Woburn, MA 01807-1048 | | | | | | | 275.00 |
| ACCOUNT NO <br> National Life Insurance Co <br> P O Box 13910 <br> Philadelphia, PA 19101-3 | | | | | | | 3,355.34 |
| ACCOUNT NO <br> ND Industries <br> 128-2 Bauer Drive <br> Oakland, NJ 07436 | | | | | | | 746.18 |
| ACCOUNT NO <br> Newport County YMCA <br> 792 Valley Road <br> Middletown, RI 02842 | | | | | | | 132.00 |
| ACCOUNT NO <br> NoHo Scooters <br> 5144 Vineland Avenue <br> North Hollywood, CA 91601 | | | Dealer | X | X | X | 0.00 |

Sheet no 35 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 4,508.52

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data ) $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Vectrix Corp.,</u>    Case No.<u>09-13347</u>
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Northern Business Machines<br>24 Terry Avenue<br>Burlington, MA 01803 | | | | | | | 6,840 87 |
| ACCOUNT NO<br>Northland Fire & Safety, Inc.<br>711 Putnam Pike<br>Greenville, RI 02828 | | | | | | | 233 38 |
| ACCOUNT NO<br>Notaio, Dr. Guiseppe Ramondelli<br>Via dei Cestari n. 34<br>00186 Roma<br>Italy | | | | | | | 3,956.75 |
| ACCOUNT NO<br>NSTAR<br>P.O. Box 4508<br>Woburn, MA 01888-4508 | | | | | | | 14,491 00 |
| ACCOUNT NO<br>NSTAR Electric & Gas Co.<br>P.O. Box 4508<br>Woburn, MA 01888-4508 | | | | | | | 4,149 00 |

Sheet no <u>36</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 29,671 00

Total➤ $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____                         _____
          **Debtor**                                           **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO Office Team 12400 Collections Center Drive Chicago, IL 60693 | | | | | | | 760.00 |
| ACCOUNT NO Ohio Motorcycle 7300 Fair Oaks Road Oakwood Village, OH 44146 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO Parametric Technology Corp. 140 Kendrick Street Needham, MA 02494 | | | | | | | 5,992.45 |
| ACCOUNT NO Par-Tech Inc. 139 Premier Drive Lake Orion, MI 48359 | | | | | | | 24,600.00 |
| ACCOUNT NO Paulson's Inc 4402 6th Avenue SE Lacey, WA 98503 | | | | | | | 1,350.00 |

Sheet no 37 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   31,352.45

Total ▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,            Case No. 09-13347
Debtor
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Paulson's Motorsports<br>4402 6th Avenue SE<br>Lacey, WA 98503 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Peter Stevens Design<br>The Forge<br>Blacksmith Green<br>Wetheringsett<br>Suffolk IP14 5PZ<br>United Kingdom | | | | | | | 20,027 23 |
| ACCOUNT NO<br>Peterson International Underwriters<br>23929 Valencia Boulevard, Suite 215<br>Valencia, CA 91355 | | | | | | | 815 67 |
| ACCOUNT NO<br>Price Waterhouse Coopers<br>Greg Briggs<br>125 High Street<br>Boston, MA 02110 | | | | | | | 227,000 00 |
| ACCOUNT NO<br>Protomold Co., Inc.<br>1757 Halgren Road<br>Maple Plain, MN 55359 | | | | | | | 9,000 00 |

Sheet no 38 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $      256,842 90

Total➤<br>(Use only on last page of the completed Schedule F )<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data )

$

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,           Case No. 09-13347
       **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Pure Beverage Systems 41 Webb Street Cranston, RI 02920 | | | | | | | 256.80 |
| ACCOUNT NO | | | | | | | |
| Randy's Cycle 11013 Route 47 Box 516 Huntley, IL 60152 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO | | | | | | | |
| Redleaf Communications 9-13 St Andrew Street London EC4A 3AF United Kingdom | | | | | | | 35,350 36 |
| ACCOUNT NO | | | | | | | |
| Renaissance Motorcyles 4411 East Speedway Boulevard Tucson, AZ 85712 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO. | | | | | | | |
| Riverside Motorsports 2 Union Square Somerville, MA 02143 | | | Dealer | X | X | X | 1,500 00 |

Sheet no 39 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $         37,107 16

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data )
$

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
_____              _____
          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Robrady Design<br>1040 Commerce Boulevard N<br>Sarasota, FL 34243 | | | | | | | 7,250.00 |
| ACCOUNT NO<br>Rockridge Two Wheels<br>5291 College Avenue<br>Oakland, CA 94618 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Rocky Mountain Cycle Plaza<br>412 N. Chelton Road<br>Colorado Springs, CO 80909 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Roseville Cycle Center<br>900 Riverside Avenue<br>Roseville, CA 95678 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Sagrad<br>4325 Woodland Park Drive, Suite 101<br>West Melbourne, FL 32904 | | | | | | | 350.00 |

Sheet no 40 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 7,600.00

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and. if applicable on the Statistical
Summary of Certain Liabilities and Related Data )   $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,
     **Debtor**

Case No. 09-13347
      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>San Jose BMW Vespa<br>1886 West San Carlos Street<br>San Jose, CA 95128 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Santa Fe Motor Sports<br>2594 Camino Entrada<br>Santa Fe, NM 87507 | | | Dealer | X | X | X | 1,500 00 |
| ACCOUNT NO<br>Sayer, Regan, Thayer & Flanagan<br>130 Bellevue Avenue, Unit 2<br>Newport, RI 02840 | | | | | | | 950 00 |
| ACCOUNT NO<br>Schenker, Inc.<br>P.O. Box 7247-7689<br>Philadelphia, PA 19170-7689 | | | | | | | 3,127 88 |
| ACCOUNT NO<br>Schnorr, John<br>65 Anchor Drive<br>Portsmouth, RI 02871 | | | Employee | | | | 22,500 00 |

Sheet no 41 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 28,077 88

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )
| $ |

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                         Case No. 09-13347
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Schram, Chuck<br>1713 Brant Circle<br>Eagan, MN 55122 | | | Employee | | | | 15,000 00 |
| ACCOUNT NO.<br>Scoot Around Town<br>1180 East Michigan Avenue<br>Ypsilanti, MI 48193 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Scooter Superstore - Atlanta, GA<br>741 Monroe Drive<br>Atlanta, GA 30308 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Scooter Superstore - Fairburn, GA<br>8460 Senoia Road/W. Hwy. 74<br>Fairburn, GA 30213 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO.<br>Scooter Superstore - Gainesville, Florida<br>203 N E 39th Avenue<br>Gainesville, FL 32609 | | | Dealer | X | X | X | 0 00 |

Sheet no 42 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 15,000 00

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Vectrix Corp.,</u>                      Case No.<u>09-13347</u>
               **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Scooter Superstore - Hollywood, FL <br> 2300 N. 23rd Avenue <br> Hollywood, FL 33020 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO. <br> Scooter Superstore - Jacksonville, FL <br> 10100 San Jose Boulevard <br> Jacksonville, FL 32257 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO. <br> Scooter Superstore - Jacksonville Beach, FL <br> 1128 3rd Street N. <br> Jacksonville Beach, FL 32250 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO <br> Scooter Superstore - Norcross, GA <br> 6135 Jimmy Carter Boulevard, Suite A <br> Norcross, GA 30071 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO <br> Scooter Superstore - Ormond Beach, FL <br> 1459 U.S. Highway 1 <br> Ormond Beach, FL 32174 | | | Dealer | X | X | X | 0 00 |

Sheet no <u>43</u> of <u>56</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 0 00

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data ) | $

American LegalNet, Inc <br> www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,
　　　　Debtor

Case No. 09-13347
　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Scooterville of Minnesota <br> 904 19th Avenue S <br> Minneapolis, MN 55404 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO <br> Scooterworks USA <br> 5410 North Damen Avenue <br> Chicago, IL 60625 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO <br> Scuderia West <br> 69 Duboce Avenue <br> San Francisco, CA 94103 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO <br> Service Point <br> 303 Eddy Street <br> Providence, RI 02903 | | | | | | | 60,460.00 |
| ACCOUNT NO <br> Service Systems <br> P.O. Box 4583 <br> Middletown, RI 02842 | | | | | | | 1,500.00 |

Sheet no 44 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 61,960.00

Total▶ $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,            Case No. 09-13347
      **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Sevcon 155 Northboro Road Southboro, MA 01772 | | | | | | | 1,950 00 |
| ACCOUNT NO | | | | | | | |
| Shields, Mark 168 Woodcock Road North Dartmouth, MA 02747 | | | Employee | | | | 7,050 00 |
| ACCOUNT NO | | | | | | | |
| Shreveport Harley Davidson 805 Brook Hollow Drive Greenwood, LA 71033 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO | | | | | | | |
| Sign Guy P O Box 464352 Lawrenceville, GA 30043 | | | | | | | 306 00 |

Sheet no 45 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $        9,306 00

Total▶
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and. if applicable on the Statistical Summary of Certain Liabilities and Related Data )    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Simmons & Simmons <br> City Point <br> One Ropemaker Street <br> London EC2Y 9SS | | | | | | | 14,943.00 |
| ACCOUNT NO <br> Sistopalli, Claudio <br> 30 Golden Hill #3 <br> Newport, RI 02840 | | | Employee | | | | 16,500.00 |
| ACCOUNT NO <br> Souder's LLC <br> 1510 Central Avenue, Suite 250 <br> Albany, NY 12205 | | | | | | | 5,000.00 |
| ACCOUNT NO <br> Southeastern Fire Dept. <br> 558 Mt. Pleasant Street <br> New Bedford, MA 02745 | | | | | | | 227.12 |
| ACCOUNT NO <br> Speed City Cycle LLC <br> 3464 West 16th Street <br> Indianapolis, IN 46222 | | | Dealer | X | X | X | 0.00 |

Sheet no 46 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 36,670.12

Total▶ $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
               **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br> Sportique Scooters <br> 4346 South. Broadway <br> Englewood, CO 80113 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO <br> St. Croix Harley Davidson - New Richmond <br> 2060 Highway 65 <br> New Richmond, WI 54017 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO <br> Staples <br> Dept. 00-05359989 <br> P.O. Box 6721 <br> The Lakes, NV 88901-6721 | | | | | | | 1,488.36 |
| ACCOUNT NO <br> State of CT DMV <br> 60 State Street <br> Wethersfield, CT 06161 | | | | | | | 2,300.00 |
| ACCOUNT NO <br> State of RI <br> Div. Public Utilities & Carr. <br> 89 Jefferson Boulevard <br> Warwick, RI 02888 | | | | | | | 116.00 |

Sheet no 47 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  3,904.36

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data )

American LegalNet, Inc. <br> www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                          Case No. 09-13347
        **Debtor**                                                      **(if known)**

# SCHEDULE F -- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Station Park Honda<br>830 South 9th Street<br>Louisville, KY 40203 | | | | | | | 2,250.00 |
| ACCOUNT NO<br>Station Park Honda<br>P.O. Box 3008<br>Louisville, KY 40201 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO<br>Talco Specialties<br>P.O. Box 1524<br>Fort Worth, TX 76053 | | | | | | | 554.59 |
| ACCOUNT NO<br>Team Charlotte<br>3004 Freedom Drive<br>Charlotte, NC 28208 | | | Dealer | X | X | X | 0.00 |

Sheet no 48 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $   2,804.59

Total➤
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )   $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                          Case No.09-13347
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Thielsh Engineering<br>195 Frances Avenue<br>Cranston, RI 02910 | | | | | | | 3,365.00 |
| ACCOUNT NO<br>T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-259 | | | | | | | 10,414.00 |
| ACCOUNT NO<br>TNT USA Inc.<br>CS 9002<br>Melville, NY 11747-2230 | | | | | | | 44.04 |
| ACCOUNT NO<br>Todrin Industries Inc.<br>305 Kenneth Welch Drive<br>Lakeville, MA 02347-1373 | | | | | | | 987.83 |
| ACCOUNT NO<br>True Imports dba Vespa of<br>Clarendon Hills<br>427 W. Ogden Avenue<br>Clarendon Hills, IL 60514 | | | Dealer | X | X | X | 0.00 |

Sheet no 49 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  14,810.87

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and. if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                          Case No.09-13347
_____              _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Tubodyne Co. Inc.<br>4 Industrial Way<br>Riverside, RI 02915 | | | | | | | 3,357.00 |
| ACCOUNT NO<br>Turner, Mitch<br>2 Coggeshall Circle<br>Middletown, RI 02842 | | | Employee | | | | 21,210.00 |
| ACCOUNT NO<br>Twombly, John<br>18 Seaview Terrace<br>New Bedford, MA 02744 | | | Employee | | | | 10,500.00 |
| ACCOUNT NO<br>Unishippers<br>P.O. Box 844033<br>Boston, MA 02284-4033 | | | | | | | 11,687.00 |
| ACCOUNT NO<br>United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 17170-0001 | | | | | | | 3,008.28 |

Sheet no 50 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  49,762.28

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,      Case No. 09-13347
    **Debtor**         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| UPS Freight P.O. Box 79755 Baltimore, MD 21279-0755 | | | | | | | 5,216 09 |
| ACCOUNT NO | | | | | | | |
| UPS Supply Chain Solutions 28013 Network Place Chicago, IL 60673-1280 | | | | | | | 516.92 |
| ACCOUNT NO | | | | | | | |
| U.S. Golf Cars, Inc 9670 Cherry Valley Caledonia, MI 49316 | | | Dealer | X | X | X | 516.92 |
| ACCOUNT NO | | | | | | | |
| Valley Fun Source 1717 Central Avenue Grand Forks, MN 56721 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO | | | | | | | |
| VCA North America 41000 West Seven Mile Road, Suite 140 Northville, MI 48167 | | | | | | | 14,080 00 |

Sheet no 51 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal&gt; $  20,329 93

Total&gt; $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,                                 Case No. 09-13347
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Vectrix Europe LTD Unit 2 Hazeley Enterprise Park Twyford, Hampshire S021 1QA United Kingdom | | | Subject to setoff | | | | 4,333,995.00 |
| ACCOUNT NO | | | | | | | |
| Vectrix Sp z o o ul. Magazynowa 7D Bielany Wrocławskie 55-040 Poland | | | Subject to setoff | | | | 17,079,156.00 |
| ACCOUNT NO | | | | | | | |
| Venable LLP P O. Box 630798 Baltimore, MD 21263-0798 | | | | | | | 10,301.84 |
| ACCOUNT NO | | | | | | | |
| Vespa of Portland 2318 N. Vaughn Street Portland, OR 97210 | | | Dealer | X | X | X | 0.00 |

Sheet no 52 of 56 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $      21,423,452.84

Total➤   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                    Case No. 09-13347
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| Vespa of Seattle (Big People's Scooters) 93 Denny Way Seattle, WA 98109 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO | | | | | | | |
| Vespa of Walnut Creek 1813 Mount Diablo Boulevard Walnut Creek, CA 94596 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO | | | | | | | |
| Vittoria, Joseph V 1616 South Ocean Boulevard Palm Beach, FL 33480 | | | | | | | 32,968 20 |
| ACCOUNT NO | | | | | | | |
| Voice Systems 607 Neponset Street Canton, MA 02021 | | | | | | | 1,055 50 |
| ACCOUNT NO | | | | | | | |
| Wallace LLP One Portland Place London W1B 1PN United Kingdom | | | | | | | 2,925 97 |

Sheet no 53 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸ $ 36,949 67

Total▸ $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,                                      Case No. 09-13347
_____              _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Waste Management<br>P.O. Box 13648<br>Philadelphia, PA 19101-3 | | | | | | | 139.00 |
| ACCOUNT NO.<br>Wattco<br>2230 Cordelia Road<br>Fairfield, CA 94534 | | | | | | | 4,240.00 |
| ACCOUNT NO.<br>Webex<br>P.O. Box 49216<br>San Jose, CA 95161-9216 | | | | | | | 5,532.00 |
| ACCOUNT NO.<br>Whalen, Doug<br>130 Rivershyre Circle<br>Lawrenceville, GA 30043 | | | Employee | | | | 12,600.00 |

Sheet no 54 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          22,511.00

Total ➤   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                      Case No. 09-13347
_____                        _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| White & Case LLP W. Danilowicz, W. Jurcewicz i Wspolnicy Kancelaria Prawna Ul. Marszalkowska 142 Warszawa 00-061 Poland | | | | | | | 1,102.00 |
| ACCOUNT NO | | | | | | | |
| Wildwood Harley Davidson 127 West Rio Grande Avenue Wildwood, NJ 08260 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO | | | | | | | |
| Willow's Motorsports 1555 Highland Avenue (Rte. 10) Cheshire, CT 06410 | | | Dealer | X | X | X | 0.00 |
| ACCOUNT NO | | | | | | | |
| Wilmoth Field Warne Level 13, 440 Collins Street Melbourne 300 Victoria, Australia | | | | | | | 42,646.00 |
| ACCOUNT NO | | | | | | | |
| Wilson's Motorcycles 2436 Foundry Park Avenue Fresno, CA 93706 | | | Dealer | X | X | X | 0.00 |

Sheet no 55 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   43,748.00

Total ▶   $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re Vectrix Corp.,                                      Case No. 09-13347
         **Debtor**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Winston & Strawn<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | | | | | | | 14,461.99 |
| ACCOUNT NO<br>Yamaha-Suzuki of Cool Springs<br>1017 McEwen Drive<br>Franklin, TN 37067 | | | Dealer | X | X | X | 0 00 |
| ACCOUNT NO<br>Yellow Freight | | | | | | | 15 00 |
| ACCOUNT NO<br>ZF Sachs Italia SpA<br>Via Nazionale, 209<br>Roma<br>Italy | | | | | | | 887 88 |
| ACCOUNT NO | | | | | | | |

Sheet no 56 of 56 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 15,364 87

Total▶  $ 26,040,630 90
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

American LegalNet, Inc<br>www.FormsWorkflow.com

In re Vectrix Corp.,
 Debtor

Case No. 09-13347
 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| A123 Systems<br>One Kingsbury Avenue<br>Watertown, MA 02472 | Confidential Information and Non-Disclosure Agreement |
| Alberti, Alberto<br>Via Belvedere 38<br>Ghiffa (Verbania) Italy 28823 | Confidential Information and Non-Disclosure Agreement |
| Alien Scooters<br>1122 South Lamar Boulevard<br>Austin, TX 78704 | Dealer Agreement |
| All Cell Technologies LLC<br>3001 South Michigan Avenue, Suite 1209<br>Chicago, IL 60616 | Confidential Information and Non-Disclosure Agreement |
| All Seasons Motorsports<br>1510 10th Avenue SW<br>Calgary, AB T3C 0J5<br>Canada | Dealer Agreement |
| Anderson, Charlotte H.<br>119 Adams Point Road<br>Barrington, RI 02806 | Lease for Nonresidential Real Property<br>April 1, 2007 |

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

In re <u>Vectrix Corp.,</u>
           **Debtor**

Case No. <u>09-13347</u>
         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ansoft Corporation<br>25 Burlington Mall Road, Fifth Floor<br>Burlington, MA 01803 | Confidential Information and Non-Disclosure Agreement |
| Barnett Harley Davidson<br>8272 Gateway East<br>El Paso, TX 79907 | Dealer Agreement |
| Barney's M/C and Marine<br>10411 Gandy Boulevard<br>St. Petersburg, FL 33702 | Dealer Agreement |
| Barney's Yamaha Suzuki of Brandon<br>9820 Adamo Drive<br>Tampa, FL 33619 | Dealer Agreement |
| Bikers Edge<br>1201 East Central<br>Wichita, KS 67214 | Dealer Agreement |
| Bill Eddy's Motorsports<br>1205 North Futrall Drive<br>Fayetteville, AR 72703 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

In re Vectrix Corp.,
_____
             **Debtor**

Case No.   09-13347
_____
             **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Blue Sky Holdings, LLC<br>130 Bellevue Avenue<br>Newport, RI 02842 | Consultant Engagement Agreement<br>December 12, 2008 |
| BMW Motorcycles of Atlanta<br>1750 Cobb Parkway S.E.<br>Marietta, GA 30043 | Dealer Agreement |
| BMW Motorcycles of Omaha<br>dba Elite Motor Sports<br>6775 South 118th Street<br>Omaha, NE 68137 | Dealer Agreement |
| BMW of Oklahoma City<br>417 Hudiburg Circle #C<br>Oklahoma City, OK 73108 | Dealer Agreement |
| BMW of Santa Cruz County<br>1875 Main Street<br>Watsonville, CA 95076 | Dealer Agreement |
| BMW of Tulsa Oklahoma<br>3743 South Peoria<br>Tulsa, OK 74105 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Vectrix Corp.,</u>
**Debtor**

Case No. <u>09-13347</u>
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bossier City Harley Davidson<br>2225 Autoplex Drive<br>Bossier City, LA 71111 | Dealer Agreement |
| Boyle, Michael J.<br>379 Crepe Myrtle Drive<br>Greer, SC 29651 | Employment Agreement<br>April 23, 2008 |
| Brammo<br>695A Mistletoe Road<br>Ashland, OR 97520 | Confidential Information and Non-Disclosure Agreement |
| Brothers Motorsports<br>8194 Fairview Road<br>Baxter, MN 56425 | Dealer Agreement |
| Brammo<br>695A Mistletoe Road<br>Ashland, OR 97520Cedar Creek Motorsports<br>7518 Highway 60<br>Cedarburg, WI 53012 | Dealer Agreement |
| BRUSA Elektronik AG<br>Neudorf 14, Postfach 55<br>CH-9466 Sennwald<br>Switzerland | Confidential Information and Non-Disclosure Agreement |

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Central Coast Mechanics<br>3566 South Higuera #100<br>San Luis Obispo, CA 93401 | Dealer Agreement |
| Coady Diemar Partners, LLC<br>1370 Avenue of the Americas<br>New York, NY 10019 | Financial Advisor Engagement Agreement April 21, 2009) |
| Columbia Powersports Center<br>3750 Fernandina Road<br>Columbia, SC 29210 | Dealer Agreement |
| CQ Consulting Company Inc.<br>40 East 94th Street, Apt. 25A<br>New York, NY 10128 | Independent Contractor Agreement February 16, 2009 |
| Cycle World of Athens<br>4225 Atlanta Highway<br>Bogart, GA 30622 | Dealer Agreement |
| Del Amo Motorsports<br>2500 Marine Avenue<br>Redondo Beach, CA 90278 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Vectrix Corp.,</u>
          **Debtor**

Case No. <u>09-13347</u>
          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Desc Automotriz, Inc. 23382 Commerce Drive Farmington, MI 48335 | Confidential Information and Non-Disclosure Agreement |
| Doveri, Marco Via del Chianti 28, c.f. Terricciola (PI) Italy | License Agreement |
| Eco Moto 1050 South State Street Salt Lake City, UT 84111 | Dealer Agreement |
| EDI snc di Doveri & C Via Molise, 3 Zona industriale di Gello 6030 Pontedera (PI) Italy | Confidential Information and Non-Disclosure Agreement |
| Ehlerding Motorsports 5505 Highway 930 East Fort Wayne, IN 46803 | Dealer Agreement |
| The Electric Toy Store 671 Highway 179 Sedona, AZ 86336 | Dealer Agreement |

American LegalNet, Inc. www.FormsWorkflow.com

In re <u>Vectrix Corp.,</u>
        **Debtor**

Case No. <u>09-13347</u>
        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| E-Max ev's Germany Holdings Ltd.<br>Unit 1110 Lippo Sun Plaza<br>28 Canton Road<br>TST Kowloon<br>Hong Kong | Manufacturing and Supply Agreement<br>September 18, 2008 |
| E-Max ev's Germany Holdings Ltd and its subsidiary companies<br>Unit 1110 Lippo Sun Plaza<br>28 Canton Road<br>TST Kowloon<br>Hong Kong | Mutual Non-Disclosure Agreement |
| E-Max ev's Germany Ltd<br>ZNL Oberhaching<br>Kolpingring B<br>82041 Oberhaching<br>Germany | Confidential Information and Non-Disclosure Agreement |
| The Engelhart Center<br>1589 Greenway Cross<br>Madison, WI 53713 | Dealer Agreement |
| EVB Technology (HK) Limited/Gold Peak<br>4/F Gold Peak Building<br>30 Kwai Wing Road<br>Kwai Chung, N.T<br>Hong Kong | Confidential Information and Non-Disclosure Agreement |
| Fallbrook Technologies, Inc<br>9444 Waples Street, Suite 410<br>San Diego, CA 92121 | Non-Disclosure Agreement |

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Foreign Affairs<br>1681 North Military Trail<br>West Palm Beach, FL 33409 | Dealer Agreement |
| Full Throttle Motorsports<br>9555 Woodlane Drive<br>Dimondale, MI 48821 | Dealer Agreement |
| Gateway BMW<br>2690 Masterson Avenue, Suite 300<br>St. Louis, MO 63114 | Dealer Agreement |
| GE Commercial Distribution Finance Corporation<br>5595 Trillium Boulevard<br>Hoffman Estates, IL 60192 | Vendor Agreement<br>January 29, 2008 |
| Getrag Gears of North America Inc.<br>1848 Getrag Parkway<br>Newton, NC 28658 | Comprehensive Design, Development and Component Purchase Agreement<br>February 17, 1997 |
| Getrag Corporation<br>f/k/a Gertrag Gears of North America, Inc.<br>1848 Getrag Parkway<br>Newton, NC 28658 | Letter Agreement<br>April 6, 2005 |
| Gold Coast Motorsports<br>2070 Jericho Turnpike<br>New Hyde Park, NY 11040 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp., _____

**Debtor**

Case No. 09-13347 _____

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Goldrush Honda Yamaha Motorsports<br>14301 Mono Way, Suite A<br>Sonora, CA 95370 | Dealer Agreement |
| GP Batteries International Limited<br>97 Pioneer Road<br>Singapore 639579<br><br>EVB Technology (HK) Limited<br>30 Kwai Wing Road<br>Kwai Chung, New Territories<br>Hong Kong | General Agreement for Supply and Purchase of Batteries<br>March 31, 2008 |
| GP Batteries International Limited<br>97 Pioneer Road<br>Singapore 639579<br><br>EVB Technology (HK) Limited<br>30 Kwai Wing Road<br>Kwai Chung, New Territories<br>Hong Kong | Settlement Agreement<br>March 31, 2008 |
| Harley Davidson of Crete<br>3445 Eagle Nest Drive<br>Crete, IL 60417 | Dealer Agreement |
| Hicklin Power Sports<br>5708 Gateway Drive<br>Grimes, IA 50111 | Dealer Agreement |
| High Desert Harley Davidson<br>2310 E. Cinema Drive<br>Meridian, ID 83642 | Dealer Agreement |

In re Vectrix Corp.,
_____
      **Debtor**

Case No. 09-13347
      _____
      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i e, "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U S C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Highland Samuel Barnett Associates Limited Partnership c/o First Highland Management & Development Boston Dedham Commerce Park 65 Sprague Street Boston, MA 02136 | Lease for Nonresidential Real Property July 13, 2007 |
| Ishtronics, Inc. P.O. Box 567 Kennesaw GA 30144 | Confidential Information and Non-Disclosure Agreement |
| ITE Solutions, Inc. 8037 Cross Creek Circle Breinigsville, PA 18031-1327 | Confidential Information and Non-Disclosure Agreement |
| J&L Harley-Davidson, Inc 2601 W. 60th Street North Sioux Falls, SD 57107 | Dealer Agreement |
| Jordan Motors 609 E. Jefferson Boulevard Mishawaka, IN 46545 | Dealer Agreement |
| Laszewski & Sons, Inc. 19 Park Ridge Drive Stevens Point, WI 54481 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,
_____
**Debtor**

Case No. 09-13347
_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Leo's South<br>16375 Kenrick Avenue<br>Lakeville, MN 55044 | Dealer Agreement |
| Lloyd A. Wise Motors Inc.<br>dba Vectrix of San Leandro<br>575 Marina Boulevard<br>San Leandro, CA 94577 | Dealer Agreement |
| Lloyd A. Wise C.<br>dba Vectrix of Vacaville<br>671 Orange Drive<br>Vacaville, CA 95687 | Dealer Agreement |
| Long Beach Motorsports<br>3291 Cherry Avenue<br>Long Beach, CA 90807 | Dealer Agreement |
| Marin Moto<br>30 Castro Avenue<br>San Rafael, CA 94901 | Dealer Agreement |
| Matthews Fun Machines<br>11240 East Independence Boulevard<br>Matthews, NC 28105 | Dealer Agreement |

In re Vectrix Corp., _____ Case No. 09-13347 _____
          **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U S C §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Matto Cycle<br>634 Port Carbon, Saint Clair Highway<br>Pottsville, PA 17901 | Dealer Agreement |
| McGuinness, John<br>72 Gateway Road<br>North Kingstown, RI 02852 | Employment Agreement |
| Millville Harley Davidson<br>1131 South 2nd Street<br>Millville, NJ 08332 | Dealer Agreement |
| Montgomery Cycle Center<br>2901 Bethlehem Pike<br>Hatfield, PA 19440 | Dealer Agreement |
| Moving Magnet Technologies<br>1930 Rim Rock Canyon Road<br>Laguna Beach, CA 92651 | Confidential Information and Non-Disclosure Agreement |
| Mosites Motorsports<br>12671 Route 30<br>N. Huntington, PA 15642 | Dealer Agreement |

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Naperville Victory Polaris<br>2760 Aurora Avenue, Suite 102<br>Naperville, IL 60540 | Dealer Agreement |
| NoHo Scooters<br>5144 Vineland Avenue<br>North Hollywood, CA 91601 | Dealer Agreement |
| Ohio Motorcycle<br>7300 Fair Oaks Road<br>Oakwood Village, OH 44146 | Dealer Agreement |
| One Two Three Enterprises, Inc.<br>dba Service Systems<br>88 Silva Lane<br>Middletown, RI 02842 | Janitorial Service Agreement<br>July 17, 2007 |
| Parker-Hannifin Corporation<br>6035 Parkland Boulevard<br>Cleveland, OH 44124-4141 | License Agreement |
| Paulson's Motorsports<br>4402 6th Avenue SE<br>Lacey, WA 98503 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Vectrix Corp.,</u>                      Case No. <u>09-13347</u>
           **Debtor**                                           **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U S C §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Prins<br>Dvorská 7<br>678 01 Blansko, Czech Republic | Confidential Information and Non-Disclosure Agreement |
| Proud Eagle International Limited<br>21/F New World Tower 1<br>18 Queen's Road Central<br>Hng Kong | Right to Purchase Agreement |
| Randy's Cycle<br>11013 Route 47 Box 516<br>Huntley, IL 60152 | Dealer Agreement |
| Renaissance Motorcycles<br>4411 E. Speedway Boulevard<br>Tucson, AZ 85712 | Dealer Agreement |
| Riverside Motorsports<br>2 Union Square<br>Somerville, MA 02143 | Dealer Agreement |
| Rockridge Two Wheels<br>5291 College Avenue<br>Oakland, CA 94618 | Dealer Agreement |

American LegalNet, Inc.<br>www.FormsWorkflow.com

In re <u>Vectrix Corp.,</u>
          **Debtor**

Case No.  <u>09-13347</u>
            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Rockwell Automation<br>100 Nickerson Road<br>Marlboro, MA 01752 | Confidential Information and Non-Disclosure Agreement |
| Rocky Mountain Cycle Plaza<br>412 North Chelton Road<br>Colorado Springs, CO 80909 | Dealer Agreement |
| Roseville Cycle Center<br>900 Riverside Avenue<br>Roseville, CA 95678 | Dealer Agreement |
| Santa Fe Motorsports<br>2594 Camino Entrada<br>Santa Fe, NM 87507 | Dealer Agreement |
| Scoot Around Town<br>1180 East Michigan Avenue<br>Ypsilanti, MI 48193 | Dealer Agreement |
| Scooter Superstore – Atlanta, GA<br>741 Monroe Drive<br>Atlanta, GA 30308 | Dealer Agreement |

American LegalNet, Inc.<br>www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

In re Vectrix Corp.,
       **Debtor**

Case No. 09-13347
          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Scooter Superstore – Fairburn, GA<br>8460 Senoia Road/West Highway 74<br>Fairburn, GA 30213 | Dealer Agreement |
| Scooter Superstore – Gainesville, FL<br>203 N.E. 39 Avenue<br>Gainesville, FL 32609 | Dealer Agreement |
| Scooter Superstore – Hollywood, FL<br>2300 North 23rd Avenue<br>Hollywood, FL 33020 | Dealer Agreement |
| Scooter Superstore – Jacksonville, FL<br>10100 San Jose Boulevard<br>Jacksonville, FL 32257 | Dealer Agreement |
| Scooter Superstore – Jacksonville Beach, FL<br>1128 3rd Street North<br>Jacksonville Beach, FL 32250 | Dealer Agreement |
| Scooter Superstore – Norcross, GA<br>6135 Jimmy Carter Boulevard, Suite A<br>Norcross, GA 30071 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,                                    Case No.  09-13347
_____                        _____
                **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Scooter Superstore – Ormond Beach, FL 1459 U.S. Highway 1 Ormond Beach, FL 32174 | Dealer Agreement |
| Scooterville of Minnesota 904 19th Avenue South Minneapolis, MN 55404 | Dealer Agreement |
| Scooterworks USA 5410 North Damen Avenue Chicago, IL 60625 | Dealer Agreement |
| Scuderia West 69 Duboce Avenue San Francisco, CA 94103 | Dealer Agreement |
| Shreveport Harley Davidson 805 Brook Hollow Drive Greenwood, LA 71033 | Dealer Agreement |
| Speed City Cycle LLC 3464 West 16th Street Indianapolis, IN 46222 | Dealer Agreement |

B6G (Official Form 6G) (12/07)

In re <u>Vectrix Corp.,</u>                               Case No. <u>09-13347</u>
**Debtor**                                                **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Sportique Scooters<br>4346 South Broadway<br>Englewood, CO 80113 | Dealer Agreement |
| St. Croix Harley Davidson – New Richmond<br>2060 Highway 65<br>New Richmond, WI 54017 | Dealer Agreement |
| Station Park Honda<br>P.O. Box 3008<br>Louisville, KY 40201 | Dealer Agreement |
| Team Charlotte<br>3004 Freedom Drive<br>Charlotte, NC 28208 | Dealer Agreement |
| Tech Plaza 2, 3, & 4 LLC<br>P.O. Box 120939<br>Boston, MA 02112 | Lease for Nonresidential Real Property<br>May 10, 2007 |
| Tesla Motors Inc. | Mutual Non-Disclosure Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

B6G (Official Form 6G) (12/07)

In re Vectrix Corp.,                           Case No. 09-13347
           **Debtor**                                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

[ ] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| True Imports dba Vespa of Clarendon Hills 427 West Ogden Avenue Clarendon Hills, IL 60514 | Dealer Agreement |
| U.S. Golf Cars, Inc. 9670 Cherry Valley Caledonia, MI 49316 | Dealer Agreement |
| Valley Fun Source 1717 Central Avenue Grand Forks, MN 56721 | Dealer Agreement |
| Vectrix Sp. z o.o. ul. Magazynowa 7D Bielany Wrocławskie 55-040 Poland | Contract Manufacturing Agreement June 1, 2007 |
| Vectrix (UK) Ltd. Unit 2 Hazeley Enterprise Park Twyford, Hampshire S021 1QA United Kingdom | Sales and Distribution Agreement (UK) June 1, 2007 |
| Vespa of Portland 2318 North Vaughn Street Portland, OR 97210 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,
_____

**Debtor**

Case No. 09-13347
_____

**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A B , a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U S C §112 and Fed R Bankr P 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Vespa of Seattle (Big People's Scooters) 93 Denny Way Seattle, WA 98109 | Dealer Agreement |
| Vespa of Walnut Creek 1813 Mount Diablo Boulevard Walnut Creek, CA 94596 | Dealer Agreement |
| Well Done Company No 181, AnMei Street Taipei City, Taiwan 11484 | Proprietary Information and Non-Disclosure Agreement |
| Wildwood Harley Davidson 127 West Rio Grande Avenue Wildwood, NJ 08260 | Dealer Agreement |
| Willow's Motorsports 1555 Highland Avenue (Route 10) Cheshire, CT 06410 | Dealer Agreement |
| Wilson's Motorcycles 2436 Foundry Park Avenue Fresno, CA 93706 | Dealer Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re Vectrix Corp.,                          Case No.   09-13347
               **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Yamaha-Suzuki of Cool Springs<br>1017 McEwen Drive<br>Franklin, TN 37067 | Dealer Agreement |
| ZLKL s.ro.<br>Moravičanská 581, P.O. Box 4<br>789 83 Loštice, Czech Republic | Confidential Information and Non-Disclosure Agreement |

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Vectrix Corp.,                                                    Case No.   09-13347
          **Debtor**                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

American LegalNet, Inc.
www.FormsWorkflow.com

In re  Vectrix Corporation                    ,          Case No.  09-13347                    ⊞

          **Debtor**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  116   sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date September 28 , 2009          Signature:

                                             Michael J. Boyle
                                             President and Chief Executive Officer,
                                             Vectrix Corporation
                                             [Print or type name of individual signing on behalf of debtor ]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both   18 U S C  §§ 152 and 3571

American LegalNet, Inc.
www.FormsWorkflow.com