ORIGINA[L]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VECTRIX CORP.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 09-13347 (KG)<br><br>Jointly Administered<br><br>Related To D.I. 58 |

## ORDER APPROVING THE RETENTION OF KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE DEBTOR'S CASE

Upon the application (the "Application") of the official committee of unsecured creditors (the "Committee") of Vectrix Corporation (the "Debtor") for an order pursuant to sections 1103(a), 327(a) and 328(a) of the Bankruptcy Code authorizing the Committee to employ Klehr, Harrison, Harvey, Branzburg & Ellers LLP ("Klehr Harrison") as its counsel in this case *nunc pro tunc*, effective as of October 9, 2009, and all undefined terms herein having the meaning ascribed to them in the Application, and upon the annexed declaration of Richard M. Beck, and it appearing that proper notice of the Application has been given and that no further notice or hearing is required, and the Court being satisfied based on the representations made in the Application and declaration that (i) Klehr Harrison represents no interest adverse to the estates or the Debtor's creditors, (ii) Klehr Harrison is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and (iii) the employment of Klehr Harrison is necessary and would be in the best interests of the Committee and the estate, and after due deliberation, and sufficient cause appearing therefore, it is

**ORDERED**, that in accordance with sections 1103(a), 327(a) and 328(a) of the Bankruptcy Code, the Committee be, and hereby is, authorized and empowered to retain Klehr

PHIL1 861984-2

Harrison as its counsel *nunc pro tunc*, effective as of October 9, 2009, to represent the Committee in this Case under chapter 11 of the Bankruptcy Code, and it is further

**ORDERED**, that Klehr Harrison shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may be then applicable, from time to time, and such procedures as may be fixed by order of this Court.

Dated: November 19 2009
Wilmington Delaware

The Honorable Kevin Goss
United States Bankruptcy Judge