# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **ELECTRIC SCOOTER WIND DOWN CORP.,** | Case No. 09-13347 (KG) |
| Debtor. | |
| | Related to Docket No. 347 |

## NOTICE OF WITHDRAWAL OF DOCKET ITEM ENTERED IN ERROR

PLEASE TAKE NOTICE THAT, on September 14, 2010, the **Limited Opposition of The Electric Scooter Wind Down Corp. Liquidation Trust to the Motion of Dorsey & Whitney, LLP to Allow Late-Filed Motion to Pay Its Legal Fees and Expenses** [Docket No. 347] was filed in error. We respectfully request that it be removed from the Court's docket.

Dated: September 14, 2010
Wilmington, Delaware

KLEHR HARRISON HARVEY
BRANZBURG LLP

 /s/ Richard M. Beck
Richard M. Beck (Del. Bar No. 3370)
Sally E. Veghte (Del. Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5503 Telephone
(302) 426-9193 Facsimile
rbeck@klehr.com
sveghte@klehr.com

*Counsel for the Liquidation Trust of Electric Scooter Wind Down Corp.*