# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| ELECTRIC SCOOTER WIND DOWN CORP., | Case No. 09-13347 (KG) |
| Debtor. | **Related Doc. No. 346** |

## ORDER AUTHORIZING THE (I) DISMISSAL OF OMNI MANAGEMENT GROUP, LLC AS AGENT OF THE BANKRUPTCY COURT PURSUANT TO 28 U.S.C. 156(C) AND AS THE OFFICIAL BALLOTING, NOTICING AND CLAIMS AGENT; (II) TERMINATION OF THE DEBTOR'S AGREEMENT WITH OMNI MANAGEMENT GROUP, LLC; AND (III) TURN OVER OF THE CLAIMS REGISTER TO THE LIQUIDATION TRUST

Upon the Electric Scooter Wind Down Corp. Liquidation Trust's (the "Liquidation Trust") Motion For An Order Authorizing the (i) Dismissal of Omni Management Group, LLC ("Omni") as an Agent of the Bankruptcy Court Pursuant 28 U.S.C. § 156(c) and as the Official Balloting, Noticing and Claims Agent; (ii) Termination of the Debtor's Agreement with Omni, and (iii) Turn Over of the Claims Register to the Liquidation Trust (the "Motion")[1] filed by the Liquidation Trust in the above-captioned case of Electric Scooter Wind Down Corp. (the "Debtor"); and

Notice of the Motion having been sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.  Omni is dismissed as an Agent of this Court pursuant to 28 U.S.C. § 156(c) and as the Official Balloting, Noticing and Claims Agent in the above-captioned chapter 11 case

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

effective ten (10) days from the entry of this Order;

2. The Debtor's agreement with Omni is terminated and Omni is released from all duties and responsibilities imposed under the Claims Agent Order, the Agreement or otherwise in this chapter 11 case;

3. Omni will prepare the final claims register and forward to the Liquidation Trust upon entry of this Order;

4. The Debtor, Omni and the Liquidation Trust are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order;

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: **OCTOBER 1**, 2010

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE